

Azael Dythian Perales
Name
Post Office Box 501 (Homeless)
Fullerton, CA 92836
Mailing address
(714) 404-2434
Telephone

RECEIVED

SEP 1 3 2011

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Azael Dythian Perales, e.g.,
(Full name of plaintiff in this action)

                       Plaintiff,

vs.

Barack H. Obama, e.g., President of
the United States of America,

Douglas H. Schulman, e.g., Commissioner
of The U.S. Internal Revenue Service,

Emily C. Hewitt, e.g., Chief Judge of The
U.S. Court of Federal Claims,

Francis M. Allegra, e.g., Judge of The U.S
Court of Federal Claims,

Lawrence M. Baskir, e.g., Judge of The U.S
Court of Federal Claims,

Lawrence J. Block, e.g., Judge of The U.S
Court of Federal Claims,

Susan G. Braden, e.g., Judge of The U.S
Court of Federal Claims,

Lynn J. Bush, e.g., Judge of The U.S
Court of Federal Claims,

Edward J. Damich, e.g., Judge of The U.S
Court of Federal Claims,

Nancy B. Firestone, e.g., Judge of The U.S
Court of Federal Claims

Marian Blank Horn, e.g., Judge of The U.S
Court of Federal Claims,

Charles F. Lettow, e.g., Judge of The U.S
Court of Federal Claims,

Case No. 3:11-cv-182-JWS
(To be supplied by Court)

**COMPLAINT UNDER**
**THE CIVIL RIGHTS ACT**
**42 U.S.C. § 1983**

**( NON PRISONERS )**

1

Christine Odell Cook Miller, e.g., Judge of The U.S
Court of Federal Claims,

George W. Miller,e.g., Judge of The U.S
Court of Federal Claims,

Margaret M. Sweeney,e.g., Judge of The U.S
Court of Federal Claims

Thomas C. Wheeler,e.g., Judge of The U.S
Court of Federal Claims,

Mary Ellen Coster Williams,e.g., Judge of The U.S
Court of Federal Claims,

Victor J. Wolski,e.g., Judge of The U.S
Court of Federal Claims,

**Senior Judges – U.S. Court of Federal Claims**
Eric G. Bruggink,e.g., Judge of The U.S
Court of Federal Claims

Bohdan A. Futey,e.g., Judge of The U.S
Court of Federal Claims

Robert H. Hodges, Jr. ,e.g., Judge of The U.S
Court of Federal Claims

Lawrence S. Margolis, e.g., Judge of The U.S
Court of Federal Claims

James F. Merow,e.g., Judge of The U.S
Court of Federal Claims ,

Loren A. Smith,e.g., Judge of The U.S
Court of Federal Claims

John Paul Wiese, e.g., Judge of The U.S
Court of Federal Claims,

Robert J. Yock,e.g., Judge of The U.S
Court of Federal Claims

Hilda L. Solis, e.g., U.S. Secretary
Department of Labor,

Hillary R. Clinton, e.g.,U.S. Secretary of
State,

Anthony W. Ishii, e.g., Chief District Court Judge U.S. District Court Fresno California

Oliver W. Wanger, e.g.,  District Judge U.S. District Court Fresno California

Lawrence J. O'Neill,e.g., District Judge U.S. District Court Fresno California

Dennis L. Beck, e.g., (DLB) Magistrate Judge U.S. District Court Fresno California

Sandra M. Snyder, e.g., Chief Magistrate Judge U.S. District Court Fresno California

Gary S. Austin, e.g., Magistrate Judge U.S. District Court Fresno California

2

Michael J. Seng (MJS), e.g., Magistrate Judge U.S. District Court Fresno California

Sheila K. Oberto, (SKO), e.g., Magistrate Judge U.S. District Court Fresno California

Craig M. Kellison (CMK), e.g., Magistrate Judge United States District Court Eastern District of California

Victoria C. Minor,e.g., Clerk of The Court U.S. District Court Fresno California


**Office of The Federal Public Defenders For The Eastern District of California**

Daniel J. Broderick, e.g., Federal Defender
Linda C. Harter,e.g., First Assistant

**Supervising Attorneys**
Allison Claire, e.g.,
Joseph Schlesinger,e.g.,

**Assistant Federal Defenders**
Douglas Beevers,e.g.,
Matthew Bockmon,e.g.,
Courtney Feine.g.,
Joan Fishere.g.,
Tim Foley,e.g.,
Benjamin Galloway,e.g.,
Lissa Gardner,e.g.,
Monica Knox,e.g.,
Jennifer Mann,e.g.,
Caro Marks,e.g.,
Ann McClintock,e.g.,
Lexi Negin,e.g.,
Michael Petrik,e.g.,
David Porter,e.g.,
Matthew Scoble ,e.g.,
Hilary Sheard ,e.g.,
Harry Simon,e.g.,
Jeffrey Staniels,e.g.,
Dennis Waks,e.g.,
Carolyn Wiggin,e.g.,
Timothy Zindel,e.g.,

**Research and Writing Attorneys**
Rachelle Barbour,e.g.,
Tivon Schardl,e.g.,
Sherod Thaxton ,e.g.,

**Fresno**

Francine Zepeda, ,e.g., Branch Chief

**Assistant Federal Defenders**
Victor Chavez ,e.g.,
Marc Days,e.g.,
Rachel Hill,e.g.,
Jeremy Kroger,e.g.,
Charles Lee,e.g.,
Peggy Sasso,e.g.,
Ann Voris,e.g.,
Melody Walcott,e.g.,

**Senior Litigator**

Eric Kersten,e.g.,

**Research and Writing Attorneys**
Samya Burney,e.g.,

---

**Office of The Federal Public Defenders For The Central District of California**

John Van de Kamp, e.g.,
 James R. Dunn, e.g.,
 Peter Horstman, e.g.,
 Maria E. Stratton, e.g.,
 Sean K. Kennedy, e.g.,

**Office of The Federal Public Defenders For The District Of Columbia**

A. J. Kramer  Federal Public Defender
W. Gregg Spencer , e.g., First Assistant Federal Public Defender
Mary Petras, e.g., Assistant Federal Public Defender
Carlos Vanegas, e.g., Assistant Federal Public Defender
Tony Miles  Assistant, e.g., Federal Public Defender
Robert Tucker , e.g., Assistant Federal Public Defender
Dani Jahn, e.g.,  Assistant Federal Public Defender
**vacant Assistant Federal Public Defender**
Shawn Moore, e.g., Assistant Federal Public Defender
Shelli Peterson, e.g., Assistant Federal Public Defender

Rosanna M. Taormina, e.g., Assistant Federal Public Defender
Tony Axam , e.g.,Assistant Federal Public Defender
David Bos, e.g., Assistant Federal Public Defender
Lara Quint, e.g.,  Assistant Federal Public Defender

Jonathan Jeffress, e.g.,  Assistant Federal Public Defender
Sharon Rice, e.g.,  Research & Writing Specialist
**Vacant  Research & Writing Specialist**
Neil Jaffee, e.g.,  Assistant Federal Public Defender
Sandra Roland , e.g.,Assistant Federal Public Defender
Beverly Dyer, e.g., Assistant Federal Public Defender
**Vacant Assistant Federal Public Defender**
Lisa Wright, e.g., Assistant Federal Public Defender
**Vacant  Investigator**
Santa Lopez-Jarrin , e.g.,Investigator
**Vacant Investigator**
Keith Huff, e.g., Investigator
Ketajh Brown, e.g.,  Investigator
Rebecca Curry, e.g.,  Paralegal Specialist
Vacant  Paralegal , e.g.,Specialist
Marie Bragg, e.g., Administrative Officer
Steve Campbell, e.g., Computer Systems/Website
Darius Grier, e.g., Procurement/Inventory
Robert Kelly, e.g.,  Secretary/Receptionist
Renee Caldwell, e.g., Secretary to the FPD
Terry Wilkerson , e.g.,Appellate  Secretary
Erika Freeman, e.g., CJA Panel Administrator
Montserrat Fernandez , e.g., Secretary
**Vacant  Assistant CJA Panel Administrator**

---

John Boehner, e.g., U.S. Speaker of the
House of Representatives,

James E. Clyburn, e.g., U.S. Congressman,

David R. Obey, e.g., U.S. Congressman,

John M. Spratt Jr., e.g.,  U.S. Congressman,

John Conyers Jr., e.g.,  U.S. Congressman,

 Edolphus Towns , e.g.,  U.S. Congressman,

 Bob Sasser, e.g., President & CEO of Dollar Tree Inc.,

 Roy Blunt, e.g., U.S. Senator, U.S. Congressman 1997-2011

 Christopher Samuel "Kit" Bond e.g., U.S. Senator 1987-2011

 Elaine Lan Chao, e.g.,  U.S. Secretary of Labor  2001-2009

Janet Napolitano, e.g., U.S. Secretary of Homeland of
 Security - & Attorney General of Arizona 2003-2009

Jane Holl Lute, e.g., 5th U.S. Deputy Secretary of Homeland Security 2009-Present

Paul A. Schneider, e.g., 4th U.S. Deputy Secretary of Homeland Security 2008- 2009

Michael Chertoff, e.g., 2nd U.S. Secretary of Homeland Security 2005-2009

Robert Michael Gates, e.g., 22nd  U.S. Secretary of Defense 2006-2011

William J. Lynn III, e.g., 29th Deputy Secretary of Defense

Donald Henry Rumsfeld, e.g., 13th & 21st U.S. Secretary of Defense 2001-2006

George Walker Bush, e.g., 43rd President of the United States 2001-2009

Gordon Richard England, e.g., 25th Deputy Secretary of Defense 2006-2009

Sir James David Wolfensohn, e.g., 9th President of World Bank


Richard Bruce "Dick" Cheney, e.g., 46th Vice President of The united States 2001-2009


Robert Bruce Zoellick, e.g., President of The World Bank Group 2007-Present


Paul Dundes Wolfowitz, e.g., 10th President of The World Bank Group &
25th U.S. Deputy Secretary of Defense 2001-2005

Douglas H.  Shulman, e.g., U.S. Secretary of
The Internal Revenue Service

John (Jack) E. Potter), e.g., 72nd  U.S. Postmaster General 2001-2010 & President & CEO of The Metropolitan
Washington Airports Authority 2001

Richard Lee Armitage, e.g., 13th U.S. Deputy Secretary of State 2001-2005

John Dimitri Negroponte, e.g., 15th U.S. Deputy Secretary of State 2007-2009

John (Jack) E. Potter), e.g., President, CEO of the Metropolitan
Washington Airport Authority e.g.,

David C. Williams, e.g., Inspector General, United States Postal Service

Patrick Donahoe, e.g., U.S. Postmaster General of The United States

Guy Cottrell, e.g., U.S. Chief Postal Inspector

Robert Swan Mueller III, e.g., U.S. Director of -
The Federal Bureau of Investigation

Eric H. Holder, e.g., U.S. Attorney General


Mark Sullivan, e.g., Director of the U.S. Secret Service

Leon Edward Panetta, e.g., Former Director of Central Intelligence
Agency

Leon Edward Panetta, e.g., U.S. Secretary of Defense

Charles B. Rangel, e.g., U.S. Congressman


George Miller, e.g., U.S. Congressman

Robert A. "Bob" Brady, e.g., U.S. Congressman

Vernon Ehlers, e.g., U.S. Congressman
Duncan Hunter, e.g., U.S. Congressman

Jerry Lewis, e.g., U.S. Congressman
Charles Christopher Cox, e.g., 28th Chairman of the Securities & Exchange
Commission e.g.,

Nancy Pelosi, e.g., U.S. Congresswoman

Maxine Moore Carr Waters, e.g., U.S. Congresswoman

Samuel Anthony Alito, Jr., e.g., Associate Justice- Supreme Court

Henry Arnold Waxman, e.g., U.S. Congressman

Lynn C. Woosley, e.g., U.S. Congresswoman

Arlen Specter, e.g., Former U.S. Senator

Jane Harman, e.g., U.S. Congresswoman

Peter " Pete" Hoekstra, e.g., Former U.S. Congressman

Raymond Eugene "Gene" Green, e.g., U.S. Congressman

Richard Norman "Doc" Hastings, e.g., U.S. Congressman

Louise McIntosh Slaughter, e.g., U.S. Congresswoman

William Thad Cochran, e.g., U.S. Senator

Charles Ernest "Chuck" Grassley, e.g., U.S. Senator

Charles Ellis Chuck" Schumer, e.g.,U.S. Senator
Timothy Franz Geithner , e.g., 75[th] U.S. Secretary of the Treasury

Joseph Robinette "Joe" Biden Jr., e.g., 47th  Vice President of the United States  of America e.g.,

Christopher John Dodd, e.g., Former U.S. Senator,

 Daniel Ken Inouye, e.g., U.S. Senator

(Robert Carlyle Byrd  e.g.,– Former President Pro Tempore U.S. Senate) 1959-2010

(Edward Moore "Ted" Kennedy e.g.,) U.S. Senator1962 -2009

Richard Michael DeWine, e.g., 50th Attorney General State of Ohio

Richard Michael DeWine, e.g.,  U.S. Senator 1995-2007

George Victor Voinovich, e.g.,  U.S. Senator 1999-2011

Andrew Lamar Alexander, e.g., U.S. Senator

Byron Leslie Dorgan, e.g., Former U.S. Senator

 Jefferson Beauegard Sessions, e.g., U.S. Senator

 Richard Craig Shelby, e.g., U.S. Senator

 Joseph Isadore "Joe" Lieberman, e.g., U.S. Senator

 Olympia Jean Snowe, e.g., U.S. Senator

 Patricia Lynn Murray, e.g., U.S. Senator

 John Davidson" Jay" Rockefeller IV, e.g., U.S. Senator

Pete V. Domenici, e.g., Former U.S. Senator 1973-2009

Thomas Stewart Udall, e.g., U.S. Senator

Elizabeth Dole, e.g., Former U.S. Senator

 Kay Ruthven Hagan, e.g., U.S. Senator

 Johnny Reid "John" Edwards, e.g., U.S. Senator  1999-2005

 Richard Mauze Burr, e.g.,U.S. Senator

 John William Warner, e.g., U.S. Senator 1979-2009

 Mark Robert Warner, U.S. Senator  e.g.,
 James Henry "Jim" Webb Jr., U.S. Senator e.g.,
 John Glover Roberts Jr., 17 Chief Justice of  The U.S. Supreme Court, e.g.,

Anthony McLeod Kennedy, Associate Chief Justice, e.g.,

 Ruth Bader Ginsburg, Associate Chief Justice, e.g.,

 Clarence Thomas, Associate Chief Justice, e.g.,
 Barbara Levy Boxer, U.S. Senator, e.g.,

Dianne Goldman Berman Feinstein, U.S. Senator, e.g.,)

Patrick Joseph Leahy, U.S. Senator, e.g.,)

Ben Shalom Bernanke, 14th Chairman of the Federal Reserve , Board of Governors, e.g.,)

Janet Louise Yellen, e.g., Vice Chairperson of the Board of Governors of The Federal Reserve System , e.g.,)

Elizabeth A. Duke,e.g., Board Member of the Board of Governors of The Federal Reserve System, e.g.,)

Daniel K. Tarullo,e.g., Board Member of the Board of Governors of The Federal Reserve System, e.g.,)

Sarah Bloom Raskin,e.g., Board Member of the Board of Governors of The Federal Reserve System, e.g.,)

**CONFERENCE OF STATE BANK SUPERVISORS**

*CSBS Administration Division Contacts*

Mr. Neil Milner, CAE, e.g.,)
President & CEO
nmilner@csbs.org
(202) 728-5702

Mr. Thomas E. Harlow, e.g.,)
Chief Financial Officer
tharlow@csbs.org
(202) 728-5707

Ms. Tammy Phan, e.g.,)
Senior Manager Payroll/Accounting
tphan@csbs.org
(202) 407-7155

Ms. Nhu Duong, e.g.,)
Senior Accounting Specialist
nduong@csbs.org
(202) 728-5730

Ms. Keesha Jones, e.g.,)
Office Assistant
kjones@csbs.org
(202) 296-2840

Ms. Cecelia Smith, e.g.,)
Senior Manager, Administration
csmith@csbs.org
(202) 728-5717

Mr. Anthony Donfor, e.g.,)
Vice President, Information Technology
adonfor@csbs.org
(202) 407-7159

Mr. David Rodgers, e.g.,)
Database/IT Manager
drodgers@csbs.org
(202) 728-5712

Ms. Rhonda Jackson, e.g.,)
Director of Accounting
rjackson@csbs.org

8

(202) 728-5741

_CSBS Communications Division Contacts_

Ms. Catherine Woody, e, g, j
Senior Director of Communications
cwoody@csbs.org
(202) 728-5733

Ms. Rockhelle Johnson, e, g, j
Manager of Communications
rjohnson@csbs.org
(202) 407-7156

_CSBS Legislative Division Contacts_

Mr. John Ryan, e, g, j
Executive Vice President
jryan@csbs.org
(202) 728-5724

Ms. Margaret Liu, e, g, j
Senior Vice President, Deputy General Counsel
mliu@csbs.org
(202) 728-5749

Ms. Kelly Buechner, e, g, j
Administrative Assistant
kbuechner@csbs.org
(202) 728-5729

Mr. John Gorman, e, g, j
General Counsel
bgorman@csbs.org
(202) 728-5726

Mr. Sanford Sussman, e, g, j
Senior Director, Associate General Counsel
ssussman@csbs.org
(202) 407-7160

_CSBS Marketing Division Contacts_

Mr. Edward Smith, e, g, j
VP, Membership & Banker Relation
esmith@csbs.org
(202) 728-5718

_CSBS Mortgage Division Contacts_

Mr. Bill Matthews, e, g, j
President & CEO, SRR
bmatthews@csbs.org

Mr. Pete Marks, e, g, j
Vice President, National Mortgage Testing & Education Programs
pete.marks@csbsdc.org
(202) 728-5723

9

Ms. Margo Frampton, e·g·,
Director, Implementation & Development
mframpton@csbs.org
(202) 728-5725

Mr. Richard Madison, c·g·,
Senior Director, Mortgage Education Programs
rmadison@csbsdc.org
(202) 728-5737

Mrs. Vickie Slater, e·g·,
Senior Director, Policy
vslater@csbs.org
(202) 728-5743

Ms. Anne Altman, e·g·,
Senior Manager, Mortgage Testing Programs
aaltman@csbs.org
(202) 728-5750

Mr. Kevin Finnerty, e·g·,
Director, Policy
kfinnerty@csbs.org
(202) 407-7132

Mr. Alan Ridenour, e·g·,
Production Support Analyst
aridenour@csbs.org
(202) 728-5751

Mr. Derek Holt, e·g·,
Senior Business Analyst
dholt@csbs.org
(202) 407-7128

Ms. Mindy Chang, e·g·,
Manager, Operations & Processing
mchang@csbs.org
(202) 407-7129

Ms. Tia Ryan, e·g·,
Manager, Operations
tia.ryan@csbsdc.org
(202) 728-5747

Ms. Alana Chamoun, e·g·,
Administrative Assistant
achamoun@csbs.org
(202) 728-5755

Mr. Tim Doyle, e·g·,
Vice President, Mortgage Policy & Operations
tdoyle@csbs.org
(202) 728-5728

Ms. Barbara Michels, e·g·,
Vice President, Chief Technology Officer SRR
bmichels@csbs.org
(202) 728-5713

Mr. Tim Lange, e·g·,

Senior Director, Policy
tlange@csbs.org
(202) 728-5734

Ms. Mary Pfaff
Senior Director, Policy
mpfaff@csbs.org
(202) 728-5748

Mrs. Sharon Hughes
Senior Manager, State Relations
shughes@csbs.org
(202) 728-5736

Ms. Jessica Ayton
Coordinator, Mortgage Education Operations
jayton@csbsdc.org
(202) 728-5739

Mr. Peter Wallace
Senior Director, Project Management
pwallace@csbs.org
(202) 728-5746

Ms. Kathy Hunter
Senior Manager, Operations
khunter@csbs.org
(202) 728-5754

Mr. Chris Moore
Senior Manager
cmoore@csbsdc.org
(202) 728-5731

Ms. Ashley Veskerna
Administrative Assistant
aveskerna@csbs.org
(202) 728-5744

Ms. Terasita Edwards
Auditing Manager
tedwards@csbs.org
(202) 683-7122

*CSBS Professional Development Division Contacts*

Roger L. Stromberg
Senior Vice President
rstromberg@csbs.org
(202) 728-5714

Sebastien Monnet
Vice President
smonnet@csbs.org
(202) 549-2017 (c)

Ms. Rosemarie E. Shaheen
Manager, Programs & Certification
rshaheen@csbs.org
(202) 728-5710

11

Georgia High, CEM *, e.g.,*
Vice President, Accreditation
ghigh@csbs.org
(202) 329-7188 (c)

C. Thomas McVey, Jr., CEM,CAMLS *, e.g.,*
Director of Learning Services
tmcvey@csbs.org
(202) 510-5280 (c)

*CSBS Regulatory Division Contacts , e.g.,*

Ms. Mary Beth Quist *, e.g.,*
Senior Vice President for Supervisory Processes
mquist@csbs.org
(202) 728-5722

Ms. Jeanette Barraza, CEIC *, e.g.,*
Director-Supervisory Processes, BSA & Nondepository
jbarraza@csbs.org
(202) 728-5708

Mr. Chuck Cross *, e.g.,*
Vice President, Mortgage Regulatory Policy
CCross@csbs.org
(202) 296-2840

Mr. Kyle Thomas *, e.g.,*
Director, Supervisory Processes
kthomas@csbs.org
(202) 407-7131

Mr. Jeffrey Allen *e.g.,*
Regulatory Policy Analyst
jallen@csbs.org
(202) 728-5753

Mr. Michael Stevens, CEIC
Senior Vice President for Regulatory Policy
mstevens@csbs.org
(202) 728-5701

Mr. John Prendergast *, e.g.,*
VP, Non Depository Supervision
jprendergast@csbs.org
(202) 728-5756

Mr. Matthew Lambert *, e.g.,*
Regulatory Policy Analyst
mlambert@csbs.org
(202) 407-7130

Ms. Tonita Allers *, e.g.,*
Project Manager, Regulatory Affairs
tallers@csbs.org
(202) 728-5704

Ms. Sandra Moncada *, e.g.,*
Administrative Assistant
smoncada@csbs.org
(202) 728-5732

12

## The Federal Financial Institutions Examination Council (FFIEC) , e.g.,

Debbie Matz Chairperson/FFIEC, e.g.,
Chairman
National Credit Union Administration

John Walsh Vice Chairman/FFIEC, e.g.,
Acting Comptroller of the Currency
Office of the Comptroller of the Currency

Daniel K. Tarullo, e.g.,
Member
Board of Governors of the Federal Reserve System

Martin J. Gruenberg, e.g.,
Acting Chairman
Federal Deposit Insurance Corporation

(Pending Confirmation)
Director - **Vacant**, e.g.,
Consumer Financial Protection Bureau

John Munn, e.g.,
Director
Nebraska Department of Banking and Finance

Judith E. Dupre, e.g.,
Acting Executive Secretary

Rosanna Piccirilli, e.g.,
Senior Program Coordinator

David Vallee, e.g.,
Coordinator
Uniform Bank Performance Reports

## Financial Stability Oversight Council, e.g.,

*Agency executives*, e.g.,

Timothy Geithner, FSOC Chairperson & Secretary of the Treasury, e.g.,
Ben Bernanke, FRB Chairman, e.g.,
John Walsh, Acting Comptroller of the Currency, e.g.,
Mary Schapiro, SEC Chairperson, e.g.,
Sheila Bair, FDIC Chairperson, e.g.,
Gary Gensler, CFTC Chairman, e.g.,
Edward DeMarco, FHFA Director e.g.,
Debbie Matz,e.g., Chairperson,National Credit Union Administration, e.g.,

Dr. John C. Williams, e.g., President and CEO
of the Federal Reserve Bank of San Francisco

13

Dr. Janet L. Yellen, e.g., Former President and CEO
of the Federal Reserve Bank of San Francisco

Carol Eckert, e.g., Contact In
Federal Reserve Bank of San Francisco

Lily Ruiz, e.g. Contact
Federal Reserve Bank of San Francisco e.g.,


Dann H. Bowman, e.g., -President and Chief Executive Officer
Chino Commercial Bank, N.A.
Chino, California e.g.,

Kenneth P. Wilcox, - Chief Executive Officer , e.g., 
SVB Financial Group
Santa Clara, California


Betsy Lawer, Vice Chair, e.g.,
First National Bank Alaska
Anchorage, Alaska

Karla S. Chambers,, Vice President and Co-Owner , e.g.,
Stahlbush Island Farms, Inc.
Corvallis, Oregon

Blake W. Nordstrom, e.g., President
Nordstrom, Inc.
Seattle, Washington

Nicole C. Taylor, e.g., President and Chief Executive Officer
East Bay Community Foundation e.g.,
Oakland, California

Douglas W. Shorenstein,  e.g.,
(Chair)
 Chairman and Chief Executive Officer
Shorenstein Properties LLC
San Francisco, California

William D. Jones, e.g.,  President and Chief Executive Officer
CityLink Investment Corporation
San Francisco, California


Patricia E. Yarrington,  e.g.,
(Deputy Chair)
 Vice President and Chief Financial Officer
Chevron Corporation
San Ramon, California


Keith E. Smith, e.g.,  President and Chief Executive Officer
Boyd Gaming Corporation
Las Vegas, Nevada

James L. Sanford e.g., Consultant
Northrup Grumman Corporation
Los Angeles, California

Joseph C. Berenato, Chairman of the Board , e.g.,

Ducommun Incorporated
Carson, California

David I. Rainer, e.g.,  Chairman, President and Chief Executive Officer
California United Bank
Encino, California

Ann E. Sewill, e.g.,  President, Community Foundation Land Trust
California Community Foundation
Los Angeles, California

Andrew J. Sale, e.g., Partner
Ernst & Young LLP
Los Angeles, California

Grace Evans Cherashore, e.g.)
(Chair)
 President and Chief Executive Officer
Evans Hotels
San Diego, California

Peggy Y. Fowler e.g., Retired Chief Executive Officer and President
Portland General Electric
Portland, Oregon

Robert C. Hale, e.g., Chief Executive Officer
Hale Companies
Hermiston, Oregon

Megan F. Clubb, e.g., President and Chief Executive Officer
Baker Boyer National Bank e.g.,
Walla Walla, Washington

Roger W. Hinshaw, e.g., President, Oregon and SW Washington
Bank of America Oregon, N.A. e.g.,
Portland, Oregon

Roderick C. Wendt, e.g., President and Chief Executive Officer
JELD-WEN, Inc. e.g.,
Klamath Falls, Oregon

David Y. Chen,  e.g.)
(Chair) Managing Director
Equilibrium Capital Group LLC
Portland, Oregon

Joseph E. Robertson, Jr., M.D. President , e.g.)
Oregon Health & Science University
Portland, Oregon

Annette Harder, e.g., President
Herman Consulting, LLC
Park City, Utah

Robert A. Hatch, e.g., President
Regence Blue Cross Blue Shield of Utah
Salt Lake City, Utah

Carol Carter, e.g.,  President and Chief Executive Officer

Industrial Compressor Products, Inc.
Park City, Utah

Albert T. Wada, e.g.,  Chairman and Chief Executive Officer
Wada Farms, Inc.
Pingree, Idaho

Clark D. Ivory, e.g., Chief Executive Officer
Ivory Homes, Ltd.
Salt Lake City, Utah

Edwin E. Dahlberg, Retired President and Chief Executive Officer , e.g., )
St. Luke's Health System
Boise, Idaho

Scott L. Hymas, e.g.,
(Chair)
 Chief Executive Officer
RC Willey
Salt Lake City, Utah

Patrick G. Yalung , e.g.,  Regional President, Washington
Wells Fargo Bank, N.A.
Seattle, Washington
Vacancy  2011

Henry L. Kotkins, Jr., e.g., Chairman and Chief Executive Officer
Skyway Luggage Company
Seattle, Washington

Richard Galanti, e.g.,  Executive Vice President and Chief Financial Officer
Costco Wholesale Corporation
Issaquah, Washington

Ada M. Healey, e.g.,  Vice President, Real Estate
Vulcan Inc.
Seattle, Washington

Mary O. McWilliams, e.g.,
(Chair) Executive Director
Puget Sound Health Alliance
Seattle, Washington


MARY F. KAISER, e.g.,
President
California Community Reinvestment Corporation
Glendale, California
Vice Chairman

ALFRED A. PLAMANN, e.g.,
President and Chief Executive Officer
Unified Grocers, Inc.
Commerce, California
Members

RICHARD C. BLUM, e.g.,
Chairman and Founder
Blum Capital Partners
San Francisco, California

JONATHAN COSLET e.g.,
Chief Investment Officer and
Senior Partner
TPG Capital, L.P.
San Francisco, California

SUSAN DESMOND-HELLMANN,e.g.,
M.D., M.P.H.
Chancellor
University of California,
San Francisco
San Francisco, California

TRACEY C. DOI , e.g.,
Group Vice President and
Chief Financial Officer
Toyota Motor Sales, USA, Inc.
Torrance, California

KIM ROBERTS HEDGPETH, e.g.,
National Executive Director
American Federation of Television
and Radio Artists
Los Angeles, California

SANDRA R. HERNANDEZ, M.D. e.g.,
Chief Executive Officer
The San Francisco Foundation
San Francisco, California

RICK R. HOLLEY, e.g.,
President and
Chief Executive Officer
Plum Creek Timber Co., Inc.
Seattle, Washington

CATHY LUKE, e.g.,
President
Loyalty Enterprises, Ltd.
Honolulu, Hawaii

ROY A. VALLEE, e.g.,
Executive Chairman
Avnet, Inc.
Phoenix, Arizona

RONALD A. BARRICK, e.g.,
President and Chief Executive Officer
Advantis Credit Union
Milwaukie, Oregon

JOHN V. EVANS, JR. , e.g.,
Chief Executive Officer
DL Evans Bank
Burley, Idaho

WILLIAM E. CASTLE, e.g.,
President and Chief Executive Officer
South Valley Bank and Trust
Klamath Falls, Oregon

KAY M. HOVELAND, e.g.,
President and Chief Executive Officer
Kaiser Federal Bank
Covina, California

JAMES E. CHRISTENSEN, e.g.,
President and Chief Executive Officer
Gateway Commercial Bank
Mesa, Arizona    ARVIND A. MENON
President and Chief Executive Officer
Meadows Bank
Las Vegas, Nevada

DANIEL J. DOYLE, e.g.,
President and Chief Executive Officer
Central Valley Community Bank
Fresno, California   CONSTANCE H. LAU
Chairman
American Savings Bank
Honolulu, Hawaii

JAMES R. WOOLWINE, e.g.,
Chairman
Presidio Bank
San Francisco, California


Howard Schultz, e.g.,
Starbucks
founder, chairman, president and chief executive officer

William (Bill) Bradley, e.g.,
Allen & Company LLC
managing director

Mellody Hobson, e.g.,
Ariel Capital Management, LLC
Ariel Mutual Funds
president

Kevin Johnson, e.g.,
Juniper Networks, Inc.
chief executive officer

Olden Lee, e.g.,
PepsiCo, Inc.
retired executive

Joshua Cooper Ramo, e.g.,
Kissinger Associates
managing director

Sheryl Sandberg, e.g.,
Facebook, Inc.
chief operating officer

James Shennan, Jr., e.g.,
Trinity Ventures
general partner emeritus

Javier Teruel, e.g.,
Colgate - Palmolive Company
retired vice chairman

Myron Ullman, III, e.g.,
J.C. Penney Company, Inc.
chairman and chief executive officer

Craig Weatherup, e.g.,
Pepsi-Cola Company
retired chief executive officer

Susan A. Sutherland, e.g.,
Senior vice president and director of the Office of Minority and Women Inclusion (OMWI),


**Utah State Court Directory**

Abegglen, Diane, e.g.,
dianea@email.utcourts.gov Court Administrator
Tel: (801) 578-3834
Fax: (801) 578-3999
Bartholomew, Pat H., e.g.,
pathb@email.utcourts.gov Clerk of Court - Supreme Court
Tel: (801) 238-7974
Fax: (801) 578-3999
Celio, Dolores, e.g.,
doloresc@email.utcourts.gov Judicial Secretary
Tel: (801) 238-7945
Fax: (801) 238-7980
Durham, Christine M., e.g.,
Unpublished Email Chief Justice
Tel: (801) 238-7945
Fax: (801) 238-7980
Durrant, Matthew B., e.g.,
Unpublished Email Associate Chief Justice
Tel: (801) 238-7937
Fax: (801) 238-7980
Gilbert, Graham, e.g.,
Unpublished Email Law Clerk
Tel: (801) 238-7967
Fax: (801) 238-7980
Groesbeck, Diane, e.g.,
dianexg@email.utcourts.gov Judicial Secretary
Tel: (801) 238-7958
Fax: (801) 578-7980
Hammond, Merilyn, e.g.,
merilynh@email.utcourts.gov Judicial Assistant
Tel: (801) 578-3904
Fax: (801) 578-3999
Johnson, Freyja, e.g.,
Unpublished Email Law Clerk
Tel: (801) 238-7967
Fax: (801) 238-7980
Keller, Joan, e.g.,
joank@email.utcourts.gov Judicial Secretary
Tel: (801) 238-7935
Fax: (801) 238-7980
Lee, Thomas R., e.g.,

Unpublished Email  Supreme Court Justice
 Tel: (801) 238-7950
Fax: (801) 238-7980
Marx, Shane ﹐ℯ﹐ʒ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
May, Mary Ann Call﹐ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Nehring, Ronald E. ﹐ℯ﹐ɡ﹐ɔ
Unpublished Email  Supreme Court Justice
 Tel: (801) 238-7958
Fax: (801) 238-7980
Nelson, Julie﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Ollis, Brooke﹐ ℯ﹐ɡ﹐ɔ
brookeo@email.utcourts.gov  Judicial Secretary
 Tel: (801) 238-7950
Fax: (801) 238-7980
Otto, Paul﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Parrish, Jill N.﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Supreme Court Justice
 Tel: (801) 238-7935
Fax: (801) 238-7980
Ranshau, Beth﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Richards, Susan E. M.﹐ ℯ﹐ɡ﹐ɪ
suer@email.utcourts.gov  Judicial Assistant
 Tel: (801) 238-7977
Fax: (801) 578-3999
Stander, Robert﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Vogeler, Eric﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Weinacker, Adam﹐ ℯ﹐ɡ﹐ɔ
Unpublished Email  Law Clerk
 Tel: (801) 238-7967
Fax: (801) 238-7980
Willis, Sue﹖ ℯ﹐ɡ﹐ɔ
suew@email.utcourts.gov  Judicial Services Manager
 Tel: (801) 238-7976
Fax: (801) 578-3999
Winnie, Holly﹐ ℯ﹐ɡ﹐ɔ
hollyw@email.utcourts.gov  Judicial Secretary
 Alan Greenspan, 13th Chairman of the
 Federal Reserve Board of Governors﹐ ℯ﹐ɡ﹐ɔ
 Don Bankhead, ℯ﹐ɡ﹐ɔ
 Michael Sellers, ℯ﹐ɡ﹐ɔ
 Arnold Schwarzenegger, John A. Perez, ℯ﹐ɡ﹐ɔ

Shawn Nelson, Chris Norby , Mimi Walters, e.g., e.g., e.g.,
Art Brown, Tom Monson, John O' Colvin, e.g., e.g., e.g.,
Matthew S. Petersen ,Edmund G. Brown, e.g., e.g.,
Norman Y. Mineta, J. Dennis Hastert, e.g., e.g.,
Mark Sullivan, Deborah Bowen, Michael Steele, e.g., e.g., e.g.,
Tim Kaine , Loretta Sanchez, Ed Royce, e.g., e.g., e.g.,
Hazel Cash, Alice M. Batchelder ,Leonard Green, e.g., e.g., e.g.,
Cathryn Lovely, Clarence Maddox, e.g., e.g.,
John P. Murtha,David Drier,Peter Stark, e.g., e.g., e.g.,
Jan Horbaly, John G. Roberts, Emily C. Hewitt, e.g., e.g.,e.g.,
Randall Radar, Sonia M. Sotomayer, e.g., e.g.,
Antonin Gregory "Nino" Scalia, Elvi de Quiroz, e.g., e.g.,
Linn Dyk,Hilda L. Solis,Marshal -David M. Singer, e.g., e.g.,e.g.,
Audrey B. Collins, James V. Selna, e.g., e.g.,
George W. Bush, Alberto R. Gonzales, e.g., e.g.,
Condoleezza Rice,Karl Rove,Richard B. Cheney, e.g., e.g.,e.g;
Mitch Mc Connell,Steny Hoyner,Harry Reid, e.g., e.g., e.g.,
Dick Durban, Rahm Emanuel, R.N. Armen Jr.,, e.g., e.g., e.g.,
Ralph C. Conte, Bradley DeBerg, Susan Stoker, e.g., e.g., e.g.,
Christina Reiss, Tony Rackauckas,Elena Kagan, e.g., e.g., e.g.,
Andre Birotte Jr..,Alex Kozinski,Gerald E. Lynch e.g., e.g.,e.g.,
Russell G. Weiner, Marian B. Horn, Linn Dyk, e.g., e.g., e.g.,
Barney Frank, Orrin Hatch, Dale E. Kildee, e.g., e.g., e.g.,
Thomas Davis, Spencer Bachus,John Spratt, e.g., e.g., e.g.,
Paul Ryan,Michael B. Enzi,, John Ashcroft, e.g., e.g., e.g.,
Curt Pringle, Tom Tait,Trent Lott, Tom Daschle, e.g., e.g., e.g.,
Susan K. Lee, Curtis L. Collier, Dale M. Cundiff, e.g., e.g.,e.g.,
Kenneth Feinberg,Steve Scalise, e.g., e.g.,
Nancy Mayer Whittington,Tom Daly, e.g., e.g.,
Lyle W. Cayce, Shelly E. Saltzman, e.g., e.g.,
Rose E. Chavez, Greg M. Conger, Yvonne T. Dixon, e.g.,e.g.,e.g.,
Ronald Meisburg, A. Gragera-CA EDD, e.g.,e.g.,
Brian Cornell,Ralph C. Dawson,Don Chang-CEO e.g., e.g., e.g.,
Of Forever 21 Retail Inc. et.al, Andrew A. Connell, e.g.,
Ruth Jones, Annie Wing, Russ Hayden, e.g., e.g.,e.g.,e.g.,
Daniel J. Lynch, Steven J. McAuliffee, Mike Duke- e.g.,e.g.,e.g.,
CEO of Walmart Inc. et.al, , Barbara Pisaro, e.g.,
Kizito Namulandan, James F. Bellot, Micheal Seto, e.g.,e.g.,e.g.,


Alissandra Geliga, G. De La Torre, e.g., e.g.,
Michael Courlander, Dr. William Frisk, e.g., e.g.,
Daniel VanHorn, Ralph C. Conte, e.g., e.g.,
Marilyn R. Abbott, Robert R. Di Trolio, e.g., e.g.,
Fernando M. Olguin, Paul Micheal, e.g., e.g.,
Stephen Bryer,Greg L. Prickett, e.g., e.g.,
Sandra Lynch,J. Douglas Steere, e.g., e.g.,
Bill Canepa, Paul H. Dobson, e.g., e.g.,
Steve Cooley,John Chiang, e.g., e.g.,
Steve Ballmer, William H. Gates III, e.g., e.g.,
Melinda French Gates, Steve Paul Jobs, e.g., e.g.,
Robert Louis Nardelli,Oprah Winfrey, e.g., e.g.,
Kwesi Mfume,Benjamin Todd Jealous, e.g., e.g.,
Gayle King, David Carey-President Hearst e.g., e.g.,
Magazines,Gregg W. Steinhafel-President & e.g.,
CEO of Target Corporation,Stephen Eastman e.g.,
President of Target.com, Lawrence R.
Johnston –CEO of Albertson's 2001-2006, e.g.,
Alice M. Batchelder,David B. Sentelle, e.g., e.g.,
Tom Cochran-CEO & Exec. Dir. Of U.S., e.g.,
Conference of Mayors,Elizabeth B. Kautz, e.g.,
Michael A. Nutter,Jack Markell, e.g., e.g.,

National Association of State Treasures Presidents- , e.g.,
2010 Hon. James B. Lewis, New Mexico , e.g.,
2008-2009 Hon. Jeb Spaulding, Vermont , e.g.,
2007-2008 Hon. Lynn Jenkins, Kansas , e.g.,
2006-2007 Hon. Tate Reeves, Mississippi, e.g.,
2005-2006 Hon. Randall Edwards, Oregon , e.g.,
2005-2006 Hon. Jody M. Wagner, Virginia , e.g.,
2004-2005 Hon. John D. Perdue, West Virginia , e.g.,
Scott Burns-Executive Director of the National District
Attorneys Association, James C. Duff, Cameron, e.g., e.g.,
Moody – Director of the Office of Administration , e.g.,
Ronald C. Machen Jr. U.S. Attorney D.C. , e.g.,
Phillip D. Morse – Chief of Capitol Police Dept., e.g.,
John F. Clark – Director of the U.S. Marshals Service, e.g.,
Brian Beckwith – Deputy Director of the U.S. Marshals , e.g.,
Service, David M. Walker – Former U.S. Comptroller , e.g.,
General, Gene L. Dodaro, William E. Reukauf – U.S. , e.g., e.g., e.g.,
Presiding Special Council, Mathew S. Peterson, e.g.,
William Jefferson Clinton , Hon. Rep. Mrs. Gabrielle, e.g., e.g.,
Giffords , Hon. William K. Suter-Clerk, e.g.,
Ruth Jones, e.g.,
President Pro Tem of the Senate for the State
of Alabama- Del Marsh, e.g.,
Speaker of the House for the State of Alabama
Mike Hubbard, e.g.,
VICTOR GASTON- Speaker Pro Tempore of the House
For the State of Alabama House of Representatives, e.g.,
WILLIAM G. (GREG) PAPPAS – Clerk of The House
For the State of Alabama House of Representatives, e.g.,
**State of Alabama House of Representatives Members** ) e.g.,
BAKER, Alan, BALL, Mike , e.g., e.g.,
BANDY, George C., BARTON, Jim, e.g., e.g.,
BAUGHN, Richard, BECKMAN, Paul , e.g., e.g.,
BEECH, Elaine, BLACK, Marcel. e.g., e.g.,
BOMAN, Daniel , BOOTHE, Alan C. , e.g., e.g.,
BOYD, Barbara B. , BRACY, Napoleon Jr., e.g.,
BRIDGES, Duwayne, BROWN, K.L., e.g., e.g., e.g.,
BURDINE, Greg , BUSKEY, James E. , e.g., e.g.,
BUTTRAM, Mac ,VACANT, CHESTEEN, Donnie , e.g., e.g.,
CLOUSE, Steve, e.g.,
COLEMAN, Merika, e.g.,
COLLINS, Terri, e.g.,
COLSTON, David, e.g.,
DAVIS, Randy, e.g.,
DeMARCO, Paul, e.g.,
VACANT, e.g.,
ENGLAND, Chris, e.g.,
FARLEY, Allen , e.g.,
FAUST, Joe , e.g.,
FINCHER, Chad, e.g.,
FORD, Craig, e.g.,
FORTE, Berry, e.g.,
GALLIHER, Blaine, e.g.,
GASTON, Victor, e.g.,
GIVAN, Juandalynn , e.g.,
GREER, Lynn, e.g.,
GREESON, Todd, e.g.,
GRIMSLEY, Dexter, e.g.,
HALL, Laura, e.g.,
HAMMON, Micky, e.g.,
HARPER, Alan, e.g.,
HENRY, Ed , e.g.,

HILL, Mike, e.g.,
HOLMES, Alvin, e.g.,
HOWARD, Ralph, e.g.,
HUBBARD, Joe, e.g.,
HUBBARD, Mike, e.g.,
HURST, Steve, e.g.,
ISON, Jamie, e.g.,
JACKSON, Thomas E., e.g.,
JOHNSON, Ken, e.g.,
JOHNSON, Ronald G., e.g.,
JOHNSON, Wayne, e.g.,
JONES, Mike, e.g.,
KENNEDY, Yvonne, e.g.,
KNIGHT, John F., e.g.,
LAIRD, Richard J., e.g.,
LEE, Paul, e.g.,
LINDSEY, Richard J., e.g.,
LONG, Wes, e.g.,
LOVE, Jay, e.g.,
MASK, Barry, e.g.,
MCADORY, Lawrence, e.g.,
McCAMPBELL, A.J., e.g.,
McCLAMMY, Thad, e.g.,
McClendon, Jim, e.g.,
McCLURKIN, Mary Sue, e.g.,
McCUTCHEON, Mac, e.g.,
McMILLAN, Steve, e.g.,
MELTON, Darrio, e.g.,
MERRILL, John, e.g.,
MILLICAN, Mike, e.g.,
MITCHELL, Joseph C., e.g.,
MOORE, Barry, e.g.,
MOORE, Mary, e.g.,
MORROW, Johnny M., e.g.,
NEWTON, Charles O., e.g.,
NEWTON, Demetrius C., e.g.,
NORDGREN, Becky, e.g.,
ODEN, Jeremy H., e.g.,
PATTERSON, Jim, e.g.,
PAYNE, Arthur, e.g.,
POOLE, Bill, e.g.,
RICH, Kerry, e.g.,
ROBERTS, Bill, e.g.,
ROBINSON, John, e.g.,
ROBINSON, Oliver, e.g.,
ROGERS, John W. Jr., e.g.,
SANDERFORD, Howard, e.g.,
SCOTT, Rod, e.g.,
SESSIONS, David, e.g.,
SHIVER, Harry, e.g.,
THOMAS, Elwyn, e.g.,
TODD, Patricia, e.g.,
TREADAWAY, Allen, e.g.,
TUGGLE, Mark, e.g.,
VANCE, Lesley, e.g.,
WALLACE, Kurt, e.g.,
WARREN, Pebblin, e.g.,
WEAVER, April, e.g.,
WILLIAMS, Dan, e.g.,
WILLIAMS, Jack, e.g.,
WILLIAMS, Phil, e.g.,
WOOD, Randy, e.g.,

WREN, Greg , e , g.,
Governor Robert Bentley- Governor of the State of Alabama ) , e , g.,
ALLEN, Gerald , e . g.,
BEASLEY, Billy, e . g.,
BEASON, Scott, e . g.,
BEDFORD, Roger, e . g.,
BLACKWELL, Slade , e . g.,
BREWBAKER, Dick , e . g.,
BROOKS, Ben, e . g.,
BUSSMAN, Paul, e . g.,
COLEMAN, Linda , e . g.,
DIAL, Gerald , e . g.,
DUNN, Priscilla, e . g.,
FIELDING, Jerry, e . g.,
FIGURES, Vivian Davis, e . g.,
GLOVER, Rusty, e . g.,
HOLLEY, Jimmy, e . g.,
HOLTZCLAW, Bill , e . g.,
IRONS, Tammy, e . g.,
KEAHEY, Marc, e . g.,
MARSH, Del, e . g.,
McGILL, Shadrack, e . g.,
ORR, Arthur, e . g.,
PITTMAN, Trip, e . g.,
REED, Greg, e . g.,
ROSS, Quinton T., Jr., e . g.,
SANDERS, Hank, e . g.,
SANFORD, Paul, e . g.,
SCOFIELD, Clay, e . g.,
SINGLETON, Bobby, e . g.,
SMITH, Harri Anne, e . g.,
SMITHERMAN, Rodger, e . g.,
TAYLOR, Bryan, e . g.,
WAGGONER, J. T. "Jabo", e . g.,
WARD, Cam, e . g.,
WHATLEY, Tom, e . g.,
WILLIAMS, Phil, e . g.,
**Alabama Supreme Court**, e . g.,
Chief Justice – Sue Bell Cobb ,Charles R. Malone, e . g., e . g.,
Associate Justices -Thomas A. Woodall, e . g.,
Lyn Stuart, Michael F. Bolin, e . g.,
Tom Parker, Glenn Murdock, e . g.,
Greg Shaw, James Allen Main, e . g.,
Alisa Kelli Wise, e . g.,
Clerk of Alabama Supreme Court - Robert G. Esdale, Sr., e . g.,
David Perry –Director of Alabama Department of Finance , e . g.,
Young Boozer – Alabama State Treasurer, e . g.,
Kay Ivey – Former Alabama State Treasurer, e . g.,
**Current State Treasurers of the United States** e . g.,
AK: Patrick Galvin (R)* e . g.,
AR: Martha Shoffner (D), e . g.,
AZ: Doug Ducey (R), e . g.,
CA: Bill Lockyer (D), e . g.,
CO: Walker Stapleton (R), e . g.,
CT: Denise L. Nappier (D), e . g.,
DE: Chip Flowers (D), e . g.,
FL: Jeffrey Atwater (R)* e . g.,
GA: Tommy Hills (R), e . g.,
HI: Georgina Kawamura (R)* e . g.,
IA: Michael Fitzgerald (D), e . g.,
ID: Ron Crane (R), e . g.,
IL: Dan Rutherford (R) e . g.,

24

IN: Richard Mourdock (R), *e.g.,*
KS: Ron Estes (R), *e.g.,*
KY: Todd Hollenbach (D), *e.g.,*
LA: John Neely Kennedy (R), *e.g.,*
MA: Steve Grossman (D), *e.g.,*
MD: Nancy K. Kopp (D), *e.g.,*
ME: David Lemoine (D), *e.g.,*
MI: Andy Dillon (D), *e.g.,*
MN: Tom Hanson (R)*, *e.g.,*
MO: Clint Zweifel (D), *e.g.,*
MS: Tate Reeves (R), *e.g.,*
MT: Dan Bucks (D)*, *e.g.,*
NC: Janet Cowell (D), *e.g.,*
ND: Kelly Schmidt (R), *e.g.,*
NE: Don Stenberg (R), *e.g.,*
NH: Catherine Provencher (D), *e.g.,*
NJ: Andrew Eristoff (R), *e.g.,*
NM: James Lewis (D), *e.g.,*
NV: Kate Marshall (D), *e.g.,*
NY: Thomas DiNapoli (D)* *e.g.,*
OH: Josh Mandel (R), *e.g.,*
OK: Ken A. Miller (R), *e.g.,*
OR: Ted Wheeler (D), *e.g.,*
PA: Robert McCord (D), *e.g.,*
RI: Gina M. Raimondo (D), *e.g.,*
SC: Curtis M. Loftis, Jr. (R), *e.g.,*
SD: Vern Larson (R), *e.g.,*
TN: David H. Lillard Jr. (R), *e.g.,*
TX: Susan Combs (R)*, *e.g.,*
UT: Richard Ellis (R), *e.g.,*
VA: Manju Ganeriwala (D), *e.g.,*
VT: Beth Pearce (D), *e.g.,*
WA: James L. McIntire (D), *e.g.,*
WI: Kurt Schuller (R), *e.g.,*
WV: John Perdue (D), *e.g.,*
WY: Joe Meyer (R), *e.g.,*

**State Auditors in the United States**, *e.g.,*
AK: Pat Davidson, *e.g.,*
AL: Samantha Shaw, *e.g.,*
AR: Charlie Daniels, *e.g.,*
AZ: Debra K. Davenport, *e.g.,*
CA: Elaine Howle, *e.g.,*
CO: Sally Symanski, *e.g.,*
CT: Kevin P. Lembo, *e.g.,*
DE: R. Thomas Wagner, Jr., *e.g.,*
FL: William O. Monroe, *e.g.,*
GA: Russell W. Hinton, *e.g.,*
HI: Marion M. Higa, *e.g.,*
IA: David A. Vaudt, *e.g.,*
ID: Donna M. Jones, *e.g.,*
IL: William G. Holland, *e.g.,*
IN: Tim Berry, *e.g.,*
KS: Les Donovan, *e.g.,*
KY: Crit Luallen, *e.g.,*
LA: Steve J. Theriot, *e.g.,*
MA: Suzanne M. Bump, *e.g.,*
MD: Bruce A. Myers, *e.g.,*
ME: Neria R. Douglass, *e.g.,*
MI: Thomas H. McTavish, *e.g.,*
MN: Rebecca Otto, *e.g.,*
MO: Tom Schweich, *e.g.,*
MS: Stacey E. Pickering, *e.g.,*

MT: Monica Lindeen, e,g.,
NC: Beth Wood, e,g.,
ND: Bob Peterson, e,g.,
NE: Mike Foley, e,g.,
NH: Catherine Provencher, e,g.,
NJ: Richard Fair, e,g.,
NM: Hector Balderas, e,g.,
NV: Paul V. Townsend, e.g.,
NY: Thomas DiNapoli, e,g.,
OH: Dave Yost, e,g.,
OK: Gary Jones, e,g.,
OR: Kate Brown, e,g.,
PA: Jack Wagner, e,g.,
RI: Ernest A. Almonte, e,g.,
SC: Richard A. Eckstrom, e,g.,
SD: Rich Sattgast, e,g.,
TN: John G. Morgan, e,g.,
TX: John M. Keel, e,g.,
UT: John Schaff, e,g.,
VA: Walter J. Kucharski, e,g.,
VT: Thomas M. Salmon, e,g.,
WA: Brian Sonntag, e,g.,
WI: Janice Mueller, e,g.,
WV: Glen B. Gainer III, e,g.,
WY: Michael Geesey, e,g.,
<u>John C. Dugan</u> – U.S. Comptroller of the Currency, e,g.,
Samuel l. Newhouse Jr. is the CEO of Advance Publications, Inc..et al..e,g.,
James B. Boone, Jr. is the CEO of Boone Newspapers, Inc.. et al., e,g.,

**National Association of Broadcaster- Board of Directors**, e,g.,
NAB - Executive Committee
Paul Karpowicz, e,g.,
President
Meredith Corporation - Local Media Group et al.,

Steven W. Newberry, e,g.,
President and CEO
Commonwealth Broadcasting Corporation et al.,

Gordon H. Smith, e,g.,
President and CEO
National Association of Broadcasters et al.,

Caroline Beasley, e,g.,
Executive Vice President and CFO
Beasley Broadcast Group et al.,

Richard Cummings, e,g.,
President - Programming
Emmis Communications Corporation et al.,

Don Benson, e,g.,
President & CEO
Lincoln Financial Media et al .,

Marc Morgan, e,g.,
Sr. VP, Chief Revenue Officer
Cox Media Group et al.,

Marci Burdick, e,g.,
Senior Vice President, Broadcast and Cable

26

Schurz Communications, Inc. et al.,

Robert W. Hubbard, e.g.,
President & CEO
Hubbard Television Group et al.,-

Michael J. Fiorile, e.g.,
Vice Chairman and CEO
The Dispatch Broadcast Group et al.,

Dunia A. Shive, e.g.,
President and CEO
Belo Corp. et al.,

Jack Abernethy, e.g.,
CEO
Fox Television Stations Inc. et al.,

## National Association of Broadcasters  Radio Board, e.g.,

Edward G. Atsinger, e.g.,
CEO
Salem Communications Corp et al.,

John R. Beck, e.g.,
Senior Vice President and Market Manager
Emmis Communications St. Louis et al.,

Eric Brown, e.g.,
General Manager
KRVN-AM et al.,

Sally J. Brown, e.g.,
President and General Manager
WSBT-TV et al.,

Amador S. Bustos, e.g.,
President
Bustos Media Holdings, LLC et al.,

Bill Coleman, e.g.,
General Manager
KPNC-FM et al.,

Ronald J. Davis, e.g.,
President and General Manager
KBOW-AM/KOPR-FM/KGLM-FM/
KANA-AM/Butte Broadcasting et al.,

Lew Dickey, e.g.,
Chairman, CEO and President
Cumulus Media Inc. et al.,

Ben Downs, e.g.,
Vice President and General Manager
Bryan Broadcasting Corporation et al.,

David J. Field, e.g.,
President and CEO
Entercom Communications Corporation et al.,

Randy D. Gravley, e.g.,

President and CEO
Tri State Communications Inc et al.,

Mike Grimsley, e., g.,
General Manager/Regional VP
Townsquare Media, Inc et al.,

Bill Hendrich, e. g.,
Vice President/Marketing Manager
Cox Radio Jacksonville et al.,

Julie Koehn, e. g.,
President
Lenawee Broadcasting Company et al.,

Deon Levingston, e. g.,
Vice President/General Manager
ICBC Broadcast Holdings, Inc. et al.,

Alfred C. Liggins, e. g.,
President/CEO
Radio One Inc. et al.,

Monte Loos, e. g.,
Operations Manager
Duhamel Broadcasting Enterprises et al.,

Jessica A. Marventano, e. g.,
Senior Vice President, Government Affairs
Clear Channel Communications et al.,

Dan Mason, e. g.,
President/CEO
CBS Radio et al.,-

William L. McElveen, e. g.,
Regional President
Citadel Broadcasting Corporation et al.,

Dale B. Miller, e. g.,
President and CEO
West Virginia Radio Corp. et al.,

Matthew Mnich, e. g.,
President and CEO
North American Broadcasting Co. Inc. et al.,

Mike Novak, e. g.,
President and CEO
Educational Media Foundation et al.,

Michael Oppenheimer, e. g.,
Market Manager
Clear Channel Radio Memphis et al.,

Joel Oxley, e. g.,
Senior Regional VP and Market Manager
Hubbard Radio Washington Market et al.,

Robert Proffitt, e. g.,
President/COO
Alpha Broadcasting et al.,

Heidi Raphael, e.g.,
VP Corporate Communication
Greater Media Inc et al.,

Daniel Savadove, e.g.,
President and CEO
Main Line Broadcasting LLC et al.,

Joseph Schwartz, e.g.,
President/CEO
Cherry Creek Radio LLC et al.,

Roger Utnehmer, e.g.,
President
Nicolet Broadcasting, Inc. et al.,

Dana Withers, e.g.,
President
Dana Communications Corp et al.,

**National Association of Broadcasting  Television Board**
David J. Barrett, e.g.,
President and CEO
Hearst Television Inc. et al.,

Lynn Beall, e.g.,
Executive Vice President
Gannett Broadcasting et al.,

Scott Blumenthal, e.g.,
Executive Vice President, Television
LIN Media et al.,

Brian W. Brady, e.g.,
President and CEO
Northwest Broadcasting, Inc. et al.,

Brandon Burgess, e.g.,
Chairman and CEO
ION Media Networks et al.,

Raymond H. Cole, e.g.,
President and COO
Citadel Communications Co. Ltd. Et al.,

Jim Conschafter, e.g.,
President, Market Leader
Media General, Inc. et al.,

Christopher H. Cornelius, e.g.,
President and COO
Barrington Broadcasting Co., LLC et al.,

Paul Dughi, e.g.,
President
Cowles California Media et al.,

Susan Fox, e.g.,
Vice President, Disney Government Relations
The Walt Disney Company et al.,

Alan W. Frank , e .g .,
President and CEO
Post-Newsweek Stations, Inc. et al.,

Douglas Franklin , e .g . ,
President
Cox Media Group et al.,

Martin Franks , e .g .,
Exec. VP/Planning, Policy & GR
CBS Corporation et al.,

Madelyn Bonnot Griffin , e .g .,
Managing Partner
National Communications, Inc. et al.,

Ted Harbert , e .g .,
Chairman, NBC Broadcast
NBC Universal et al.,

C. Douglas Kranwinkle , e .g . ,
Executive Vice President, Law
Univision Communications Inc. et al.,

Brian Lawlor , e .g .,
Senior Vice President, Television
The E. W. Scripps Company et al.,

Paul H. McTear , e .g .,
President and CEO
Raycom Media, Inc. et al.,

Ralph M. Oakley , e .g .,
President and CEO
Quincy Newspapers, Inc. et al.,

Perry Sook , e .g .,
Chairman, President & CEO
NexStar Broadcasting Group, Inc. et al.,
Regis Francis Xavier Philbin – Regis & Kelly Show , e .g . ,
Kelly Maria Ripa -  Regis & Kelly Show , e .g ., e .g .,
Barbara Jill Walters,- Writer –Producer The View , e .g .,
Steven Edward Schwartz – Anchor Good Day LA , e .g .,

## GENERAL ELECTRIC COMPANY

Jeffrey Immelt,e.g., (Chairman & CEO) of General Electric Company

Ferdinando "Nani" Beccalli-Falco,e.g.,
President and CEO of GE Europe & North Asia
CEO GE Germany

Charlene Begley , e .g .,
President and CEO
GE Home & Business Solutions Senior Vice President and
Chief Information Officer GE

Kathryn A. Cassidy , e .g .,
Senior Vice President and Treasurer

GE & GE Capital

Beth Comstock, e.g.,
Senior Vice President and
Chief Marketing Officer
GE

Pamela Daley, e.g.,
Senior Vice President
GE Corporate Business Development

Brackett B. Denniston III, e.g.,
Senior Vice President and
General Counsel
GE

Alex Dimitrief, e.g.,
Vice President and Senior Counsel Litigation and Legal Policy
GE

Shane Fitzsimons, e.g.,
Chief Financial Officer
Global Growth & Operations GE

Yoshiaki Fujimori, e.g.,
Senior Vice President
GEPresident and CEO
GE Japan Corporation

Jeffrey R. Immelt, e.g.,
Chairman and CEO
GE
Mark J. Krakowiak, e.g.,
Vice President and Chief Risk Officer
GE

John Krenicki, Jr., e.g.,
Vice Chairman
GE President & CEO
GE Energy

Mark M. Little, e.g.,
Senior Vice President and Director
GE Global Research

John Lynch, e.g.,
Senior Vice President
GE Corporate Human Resources

Michael A. Neal, e.g.,
Vice Chairman
GEChairman & CEO
GE Capital

Susan P. Peters, e.g.,
Vice President, Executive Development and
Chief Learning Officer
GE

John G. Rice, *e.g.,*
Vice Chairman
GEPresident and CEO
GE Global Growth and Operations

John Samuels, *e.g.,*
Vice President and Senior Counsel, Tax Policy and Planning
GE

Trevor A. Schauenberg, *e.g.,*
Vice President
Corporate Investor Communications
GE

Keith S. Sherin, *e.g.,*
Vice Chairman
GEChief Financial Officer
GE

Mark L. Vachon, *e.g.,*
Vice President
GE ecomagination

Brian Worrell, *e.g.,*
Vice President
GE Corporate Financial Planning & Analysis.

Business Executives of General Electric Company *,e.g.,*

Mark W. Begor, *e.g.,*
President and CEO
GE Capital Real EstatePresident and CEO
GE Capital Restructuring Operations

Steve Bolze, *e.g.,*
Senior Vice President
GEPresident and CEO
GE Power & Water

Jeffrey S. Bornstein, *e.g.,*
Senior Vice President
General Electric Company Chief Financial Officer
GE Capital

James P. Campbell, *e.g.,*
President and CEO
GE Appliances & Lighting

William H. Cary, *e.g.,*
Senior Vice President
General Electric Company Chief Operating Officer
GE Capital

John Dineen, *e.g.,*
President and CEO
GE Healthcare

John J. Falconi, *e.g.,*
Senior Vice President
GE Chief Financial Officer
GE Technology Infrastructure

John L. Flannery, e.g.,
President and CEO
GE India

Jeff Gaspin, e.g.,
President and Chief Operating Officer
Universal Television Group

Tom Gentile, e.g.,
President and CEO
GE Healthcare Systems

Daniel C. Heintzelman, e.g.,
President and CEO
GE Energy Services

Dan Henson, e.g.,
President and CEO
GE Capital, Americas

Jay Ireland, e.g.,
President and CEO
GE Africa

Daniel Janki, e.g.,
Vice President and CFO
GE Energy

David L. Joyce, e.g.,
President and CEO
GE Aviation

Richard A. Laxer, e.g.,
President and CEO
GE Capital, EMEA

Jamie S. Miller, e.g.,
Vice President and Controller
GE

Ronald R. Pressman, e.g.,
President and CEO
GE Capital Real Estate

Claudi Santiago, e.g.,
President and CEO
GE Oil and Gas

Lorenzo Simonelli, e.g.,
President and CEO
GE Transportation

Dmitri Stockton, e.g.,
President and CEO
GE Asset Management

**General Electric Board of Directors**, e.g.,

W. Geoffrey Beattie, e.g.,
Independent DirectorDr. James I. Cash, Jr., e.g.,
Independent DirectorAnn M. Fudge, e.g.,

33

Independent DirectorDr. Susan Hockfield , e ,g ,,
Independent DirectorJeffrey R. Immelt , c ,g ,,
Chairman of the Board and Chief Executive Officer, GEAndrea Jung , e ,g,,
Independent DirectorAlan G. (A.G.) Lafley, c ,g ,,
Independent DirectorRobert W. Lane, e ,g ,,
Independent DirectorRalph S. Larsen, e ,g ,,
Independent DirectorRochelle B. Lazarus , e ,g, ,
Independent DirectorJames J. Mulva , e ,g ,,
Independent DirectorSam Nunn , e ,g ,,
Independent DirectorRoger S. Penske , e ,g ,,
Material Relationship with GERobert J. Swieringa , e ,g ,,
Independent DirectorJames S. Tisch , e ,g ,,
Independent DirectorDouglas A. Warner III , e ,g ,,
Independent Director

---

## **U.S. District Court District of Connecticut**

District Judges ( Hartford ) Magistrate Judges
Alvin W. Thompson, Chief Judge, e ,g , ,

Vanessa L. Bryant, e ,g ,,
Robert N. Chatigny, e ,g ,,
Alfred V. Covello , e ,g ,,
Christopher F. Droney, e ,g ,,
Dominic J. Squatrito , e ,g ,,
Holly B. Fitzsimmons ( Bridgeport ), e ,g ,,
William I. Garfinkel ( Bridgeport ), e ,g ,,
Joan G. Margolis ( New Haven ), e ,g ,,
Donna F. Martinez ( Hartford ), e ,g ,,
Thomas P. Smith ( Hartford ), e ,g ,,

Bankruptcy Judges

Albert S. Dabrowski , e ,g ,,
Alan H.W. Shiff, e ,g ,,
Lorraine Murphy Weil, e ,g ,,

District Judges ( New Haven )
Janet Bond Arterton , e ,g ,,
Ellen Bree Burns, e ,g ,,
Peter C. Dorsey, e ,g ,,
Charles S. Haight Jr., e ,g ,,
Mark R. Kravitz , e ,g ,,

District Judges ( Bridgeport )
Warren W. Eginton, e ,g ,,
Janet C. Hall , e ,g ,,
Stefan R. Underhill, e ,g ,,

Robin D. Tabora – , e ,g ,,
U.S. District Court  District of Connecticut
Clerk of The Court

---

George L. Beck, Jr. - United States Attorney for
the Middle District of Alabama, e ,g ,,
Chester Martin Keely - U.S. Marshal Northern District of Alabama, e ,g ,,
Mike Hale – Jefferson County Alabama Sheriff' , e ,g ,,
A.C. Roper – Birmingham Chief of Police, e ,g ,,

**Alabama State Bar et al.,**

Calvin Poole, III , e.g.,

Poole & Poole

P. O. Box 308

Greenville, AL 36037-0308

Jennifer Leigh Argo , e.g.,

Stubbs, Sills & Frye, P.C.

PO Box 2023

Anniston, AL 36202-2023

and Cleburne

Roland Lewis Sledge , e.g.,

4002 20th Ave Ste B

Valley, AL 36854-3411

Wesley Scott Mobley , e.g.,

9th Judicial Circuit, District Attorneys Office

100 W Main St

Centre, AL 35960-1324

Amy Hayes Naylor , e.g.,

PO Box 470

Clanton, AL 35046-0470

John Jefferson Utsey, e.g.,

Utsey & Utsey

P. O. Box 615

Butler, AL 36904-0615

Lydia Curtis Dillingham, e.g.,

PO Box 310775

Enterprise, AL 36331-0775

Todd Brandon Watson, e.g.,

35th Judicial Circuit, District Attorneys Office

PO Box 860

Evergreen, AL 36401-0860

John Kelley Johnson, e.g.,

P. O. Box 434

Rockford, AL 35136-0000

Meredith Shay Peters, e.g.,

206 Thames St

Andalusia, AL 36420-4120

Terry Lucas Butts , e.g.,

279 E 1st St

Luverne, AL 36049-1028


Seth Balfour Thompson , e.g.,

Thompson & Thompson

111 4th St SE

Cullman, AL 35055-3531


Ray Thomas Kennington , e.g.,

PO Box 275

Ozark, AL 36361-0275


Allen Smith Reeves , e.g.,

Reeves & Stewart

P. O. Box 447

Selma, AL 36702-0447


Daniel Scott Campbell , e.g.,

Daniel S. Campbell, PC

202 Alabama Ave SW

Fort Payne, AL 35967-1953

Brandon Clark Stone, e.g.,

Stone & Britt, LLC

PO Box 1609

Millbrook, AL 36054-0034

James Michael Perry, e.g.,

P. O. Box 484

Brewton, AL 36427-0484

Martha Lynn McCain, e.g.,

McCain Law Firm, P.C.

P. O. Box 1099

Gadsden, AL 35902-1099

Steven Merrill Nolen, e.g.,

PO Box 399

Fayette, AL 35555-0399

Fred David Lowery, e.g.,

PO Box 641

Russellville, AL 35653-0641

Harry Preston Hall, II, e.g.,

Farmer, Price, Hornsby & Weatherford, LLP, e.g.,

P. O. Drawer 2228

Dothan, AL 36302-0000


Frank Brian Rice, e.g.,

219 S Market St

Scottsboro, AL 35768-1806


Raymond Douglas Burns, Jr., e.g.,

10th Judicial Circuit, District Attorneys Office

Bessemer Justice Center

1851 2nd Ave N Ste 110

Bessemer, AL 35020-4944

Bessemer Bar Association


James Smith Lloyd, e.g.,

Lloyd, Gray, Whitehead & Monroe, P.C., e.g.,

2501 20th Pl S Ste 300

Birmingham, AL 35223-1702


Ronald Howard Strawbridge, Sr., e.g.,

Strawbridge, Strawbridge & Strawbridge, L.L.C., e.g.,

PO Box 522

Vernon, AL 35592-0522

Jonathan A. Brown, Co-President

Ryan Geoffrey Brake

Carr Allison

212 S Cedar St

Florence, AL 35630-5542


Katherine Marie Klos

Akridge & Balch, P.C.

PO Box 3738

Auburn, AL 36831-3738


Mitchell Khaled Shelly

Alexander, Corder, Plunk, & Shelly, P.C.

PO Box 1129

Athens, AL 35612-1129


Brian Paul Strength

PO Box 830810

Tuskegee, AL 36083-0810


Robert Carter Lockwood

Wilmer & Lee, P.A.

PO Box 2168

Huntsville, AL 35804-2168


Robert Brian Smith

PO Box 219

Livingston, AL 35470-0219

Greene, Sumter & Marengo Counties.

Charles Harry Green , *e.g.,*

Green & Howell , *e.g., e.g.,*

328 2nd St SW

Hamilton, AL 35570-9700

Lea Linn Mosley , *e.g., e.g.,*

McLaughlin & Edmondson, LLC , *e.g., e.g.,*

321 Blount Ave

Guntersville, AL 35976-1105

David Hunter Pate , *e.g.,*

PO Box 126

Carrollton, AL 35447-0126

Malcolm Warren McSwean , *e.g.,*

Cervera, Ralph & Reeves, L.L.C. , *e.g., e.g., e.g.,*

PO Box 325

Troy, AL 36081-0325

Kesa Marie Johnston , *e.g.,*

PO Box 550

Roanoke, AL 36274-0550

Jeremy Wayne Armstrong , *e.g.,*

Armstrong Justice League, PC , *e.g.,*

PO Box 3409

Phenix City, AL 36868-3409

Philip Franklin Hutcheson , e.g.,
Boardman, Carr, Hutcheson & Bennett, P.C. , e.g., e.g., e.g., e.g.,
400 Boardman Dr.
Chelsea, AL 35043-8211

Renay Bertella , e.g.,
The Robinson Law Firm, P.C.          , e.g.,
PO Box 370
Ashville, AL 35953-0370

TALLADEGA
Stacey Dale Price , e.g.,
119 N Broadway Ave
Sylacauga, AL 35150-2523

Jason Matthew Jackson , e.g.,
Radney, Radney & Jackson, L.L.C. , e.g., e.g., e.g.,
PO Box 819
Alexander City , AL 35011-0819

Scott Alan Slatton , e.g.,
Jackson, Mays, McNutt, Cook & Slatton, LLC , e.g., e.g., e.g., e.g., e.g.,
PO Box 819

Haleyville, AL 35565-0819

Sharon L. Blackburn- Chief Judge United
States District Judge Northern District Of Alabama
Southern Division, *e.g.,*
C. Lynwood Smith, Jr.-United States District Judge, *e.g.,*
Inge P. Johnson- United States District Judge, *e.g.,*
Karon O. Bowdre - United States District Judge, *e.g.,*
L. Scott Coogler - United States District Judge, *e.g.,*
R. David Proctor - United States District Judge, *e.g.,*
Virginia Emerson Hopkins - United States District Judge, *e.g.,*
Abdul K. Kallon - United States District Judge, *e.g.,*
James H. Hancock - Senior United States District Judge, *e.g.,*
J. Foy Guin, Jr. - Senior United States District Judge, *e.g.,*
Robert B. Propst - Senior United States District Judge, *e.g.,*
William M. Acker, Jr. - Senior United States District Judge, *e.g.,*
Paul W. Greene,- Chief United States Magistrate Judge, *e.g.,*
T. Michael Putnam - United States Magistrate Judge, *e.g.,*
Robert R. Armstrong, Jr.- United States Magistrate Judge, *e.g.,*
Harwell G. Davis, III - United States Magistrate Judge *e.g.,* *e.g.,*
John E. Ott - United States Magistrate Judge, *e.g., e.g.,*
Sharon Harris - Clerk of Court, *e.g.,*
U.S. COURT OF APPEALS FOR
THE ELEVENTH CIRCUIT
Hon. Joel F. Dubina -Chief Judge of the Eleventh
Circuit Court of Appeals, *e.g.,*
Hon. James C. Hill, Hon. Gerald Bard Tjoflat, Hon. Peter T. Fay, *e.g., e.g., e.g.,*
Hon. J.L. Edmondson, Hon. Phyllis A. Kravitch, *e.g., e.g.,*
Hon. Susan H. Black, Hon. R. Lanier Anderson, *e.g., e.g.,*
Hon. Ed Carnes, Hon. Emmett Ripley Cox, *e.g., e.g.,*
Hon. Rosemary Barkett, Hon. Frank M. Hull, *e.g., e.g.,*
Hon. Stanley Marcus, Hon. Charles R. Wilson, *e.g., e.g.,*
Hon. William H. Pryor Jr., Hon. Beverly B. Martin, *e.g., e.g.,*
**ALABAMA SUPREME COURT**
Chief Justice of Alabama Supreme Court- Charles R. Malone, *e.g.,*
Associate Justices- Thomas A. Woodall, Lyn Stuart, *e.g., e.g.,*
Michael F. Bolin, Tom Parker, Glenn Murdock, Greg Shaw, *e.g., e.g., e.g., e.g.,*
James Allen Main & Alisa Kelli Wise, *e.g., e.g.,*


**ALABAMA COURT OF CRIMINAL APPEALS**


Presiding Judge
Samuel Henry Welch, *e.g.,*

Judges

Mary Becker Windom, *e.g.,*

J. Elizabeth Kellum, *e.g.,*

Liles C. Burke, *e.g.,*

J. Michael Joiner, *e.g.,*


Clerk
Lane W. Mann, *e.g.,*

**ALABAMA COURT OF CIVIL APPEALS**

Presiding Judge
William C. Thompson , e .g .,
Judges
Craig Sorrell Pittman , e . g .,

Tommy Bryan , e . g .,

Terri Willingham Thomas , e . g .,

Terry A. Moore , e . g .,


Clerk
John H. Wilkerson, Jr. , e .g .,

**ADMINISTRATIVE OFFICE OF COURTS FOR ALABAMA'S JUDICIAL SYSTEM**


Charles "Chuck" Malone,e.g.- Chief Justice , e .g .,
Callie T. Dietz,e.g., Administrative Director of Courts , e .g .,

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Hon. Joel F. Dubina -Chief Judge , e.g .,
Hon. James C. Hill, Hon. Gerald Bard Tjoflat , Hon. Peter T. Fay , e.g., e.g., e.g.,
Hon. J.L. Edmondson,Hon. Phyllis A. Kravitch, e .g ., e.g.,
Hon. Susan H. Black,Hon. R. Lanier Anderson, e .g., e.g.,
Hon. Ed Carnes, Hon. Emmett Ripley Cox, e .g ., e.g.,
Hon. Rosemary Barkett,Hon. Frank M. Hull, e .g., e.g.,
Hon. Stanley Marcus, Hon. Charles R. Wilson, e.g., e.g.,
Hon. William H. Pryor Jr.,Hon. Beverly B. Martin , e .g., e.g.,
George L. Beck, Jr. - United States Attorney.  United States Attorney's Office for the Middle District of Alabama , e .g .,


Joyce White Vance - United States Attorney for the Northern District of Alabama , e .g .,


Luther  Strange – Alabama Attorney General , e .g .,


Willie L. James,e.g., Alabama U.S. Marshall ,2001 – Present , e .g .,
**ALABAMA JUDICIAL INQUIRY COMMISSION MEMBERS**

Hon. Randall L. Cole , e .g .,
Chairman
Circuit Judge
Fort Payne , e .g .,
Mr. Norman E. Waldrop, Jr. , e .g .,
First Vice Chairman
Attorney at Law
Mobile
Hon. P. Ben McLauchlin, Jr. , e .g .,
Second Vice Chairman
Circuit Judge

Ozark
Hon. George E. Carpenter , e.g.,
District Judge
Tuscumbia
Hon. Craig Pittman , e.g.,
Judge, Court of Civil Appeals
Montgomery
Mr. Lee E. Portis , e.g.,
Lay Member
Prichard
Mr. David Scott , e.g.,
Lay Member
Opelika
Dr. David Thrasher, e.g.,
Lay Member
Montgomery
Mr. J. Mark White, e.g.,
Attorney at Law
Birmingham

STAFF
Margaret S. Childers , e.g.,
Executive Director
Peggy R. Groves , e.g.,
Office Administrator

Chandra B. Brisbon , e.g.,
Secretary

James Gerstenlauer, e.g., Clerk of the Circuit
Executive Eleventh Judicial Circuit


**State of Alaska House of Representatives**

Mike Chenault  - State of Alaska , e.g.,

 Assembly House Speaker, e.g.,

Alan Austerman - State of Alaska , e.g.,

 House Majority Leader , e.g.,

Beth Kerttula  - State of Alaska , e.g.,

 House Minority Leader , e.g.,

Alan Austerman , e.g.,

Mike Chenault , e.g.,

Sharon Cissna , e.g.,

Mia Costello , e.g.,

 Alan Dick , e.g.,

Mike Doogan , e.g.,

 Bryce Edgmon , e.g.,

Anna Fairclough, e.g.,

Eric Feige, e.g.,

Neal Foster, e.g.,

Les Gara, e.g.,

Berta Gardner, e.g.,

Carl Gatto, e.g.,

Max Gruenberg, e.g.,

David Guttenberg, e.g.,

Mike Hawker, e.g.,

Bob Herron, e.g.,

Lindsey Holmes, e.g.,

Kyle Johansen, e.g.,

Craig Johnson, e.g.,

Reggie Joule, e.g.,

Scott Kawasaki, e.g.,

Wes Keller, e.g.,

Beth Kerttula, e.g.,

Bob Lynn, e.g.,

Bob Miller, e.g.,

Charisse Millett, e.g.,

Cathy Muñoz, e.g.,

Mark Neuman, e.g.,

Kurt Olson, e.g.,

Pete Petersen, e.g.,

Lance Pruitt, e.g.,

Dan Saddler, e.g.,

Paul Seaton, e.g.,

Bill Stoltze, e.g.,

Bill Thomas, Jr., e.g.,

Steve Thompson, e.g.,

Chris Tuck, e.g.,

Peggy Wilson, e.g.,

Tammie Wilson, e,g.,

Suzi Lowell, Chief Clerk State
of Alaska  Assembly, e,g.,

## Alaska State Senate

Gary Stevens – Alaska State Senate President, e,g.,

Kevin Meyer - Alaska State Senate Majority Leader, e,g.,

Charlie Huggins - Alaska State Senate Minority Leader, e,g.,

John Coghill, e,g.,

Bettye Davis, e,g.,

Fred Dyson, e,g.,

Dennis Egan, e,g.,

Johnny Ellis, e,g.,

Hollis French, e,g.,

Cathy Giessel, e,g.,

Lyman Hoffman, e,g.,

Charlie Huggins, e,g.,

Albert Kookesh, e,g.,

Lesil McGuire, e,g.,

Linda Menard, e,g.,

Kevin Meyer, e,g.,

Donald Olson, e,g.,

Joe Paskvan, e,g.,

Bert Stedman, e,g.,

Gary Stevens, e,g.,

Joe Thomas, e,g.,

Thomas Wagoner, e,g.,

Bill Wielechowski, e,g.,

Sean Parnell –  State of Alaska Governor, e,g.,
Sarah Palin – Former  State of Alaska Governor, e,g.,

## Alaska Division of Legislative Audit et al.,

Pat Davidson- State of Alaska Legislative Auditor, e,g.,
Carol Savlick - State of Alaska Legislative Auditor –, e,g.,
Administrative Assistant II
Linda Day - State of Alaska Legislative Auditor, Manager, e,g.,

Anchorage Daily Newspaper et al.,
<u>Pat Dougherty</u> -- Senior Vice President & Editor , e.g.,
<u>David Hulen</u> -- State / local news editor , e.g.,
<u>Joy Guest</u> -- Office manager , e.g.,

**Alaska Supreme Court**

Walter L. Carpeneti - Chief Justice of Alaska Supreme Court , e.g.,
Dana Fabe - Chief Justice of the Alaska Supreme Court , e.g.,
Allen T. Compton - Associate Justice of the Alaska Supreme Court , e.g.,
Craig Stowers - Associate Justice of the Alaska Supreme Court, e.g.,
Morgan Christen - Associate Justice of the Alaska Supreme Court , e.g.,
Daniel E. Winfree - Associate Justice of the Alaska Supreme Court , e.g.,
Marilyn May -Clerk of the Appellate Courts Alaska , e.g.,

Steve Jobs e.g., Founder of Apple Inc. , e.g.,
Steve Wozniak,e.g., Founder of Apple Inc. , e.g.,
Ronald Wayne,e.g., Founder of Apple Inc., e.g.,
Tim Cook,e.g., CEO of Apple Inc., e.g.,

Bill Campbell , Millard Drexler ,Albert Arnold "Al" Gore, Jr,,Steve Jobs,Tim Cook,Andrea Jung ,Arthur D. Levinson ,Ronald Sugar- Board of Directors for Braeburn Capital an Asset Management Company For Apple Inc. , e.g.,

**Center for Responsive Politics Board of Directors**

Robert A. Weinberger, Chairman. Senior Fellow , e.g.,
, Aspen Institute Initiative on Financial Security.
Former Vice President for Government Relations,
H&R Block.

Mark Ranalli, Vice Chairman. President and
CEO, Helium, Inc. Former head of BaseSix,
a marketing strategy firm that specialized in
servicing F100 Communications and
Media companies. , e.g.,

Sonia Jarvis, Member. Visiting Professor of
"Equality and Justice in America"
in the School of Public Affairs at Baruch
College - The City University of New York. , e.g.,

Ellen S. Miller, Member. Executive Director,
Sunlight Foundation. Served as CRP's executive
director from 1984-1996. , e.g.,

John Purcell, Member. Media and public
advocacy consultant. Advisor on internet
strategy to leading non-profit,
professional, and media companies., e.g.,

Frank P. Reiche, Member. Attorney, , e.g.,
Archer & Greiner, Princeton, New Jersey.
Chairman, New Jersey Election
Commission 1973-1979, FEC Commissioner 1979-1985.

Whitney North Seymour, Jr, Member. , e.g.,
Attorney. Former US Attorney for the
Southern District of New York and
Independent Counsel in the Michael Deaver case.

**Center for Responsive Politics Staff**

Sheila Krumholz, e.g.,Executive Director, e.g.,

Center for Responsive Politics

Susan Alger, e.g.,
Information Technology Director

Jihan Andoni, e.g.,
Research Director

Dan Auble, e.g.,
Personal Finances Researcher

Michael Beckel, e.g.,
Money-in-Politics Reporter

Kimberly Brown Barnes, e.g.,
Administrative Assistant

Sarah Bryner, e.g.,
Lobbying Researcher

Spencer MacColl, e.g.,
Researcher

Evan Mackinder, e.g.,
Outreach Coordinator

Kerry Mitchell, e.g.,

Ben Pilkerton, e.g.,
Developer, Systems Administrator

HJ Rivera, e.g.,
Webmaster

Carolyn Sharpe, e.g.,
Researcher

Douglas H. Weber, e.g.,
Senior Researcher

Brad Hooker, e.g.,
Communications Intern

**Federation For American Immigration Board of Directors**

Nancy Anthony, e.g.,

Sharon Barnes, e.g.,

Henry Buhl, e.g.,

Douglas E. Caton, e.g.,

William W. Chip, Esq., e.g.,

Pat Choate, *e.g.,*

Donald Collins, Jr., *e.g.,*

Sarah G. Epstein, *e.g.,*

Frank Morris, Ph.D., *e.g.,*

Roy C. Porter (Chair), *e.g.,*

Alan N. Weeden, *e.g.,*

**Federation For American Immigration National Board of Advisors**

Duke Austin, *e.g.,*
Hon. Louis Barletta, *e.g.,*
Gwat Bhattacharjie, *e.g.,*
Gerda Bikales, *e.g.,*
Hon. Brian Bilbray (Co-Chair), *e.g.,*
Edith Blodgett, *e.g.,*
J. Bayard Boyle, Jr., *e.g.,*
Hugh Brien, *e.g.,*
John Brock, *e.g.,*
Torrey Brown, M.D., *e.g.,*
Frances Burke, Ph.D., *e.g.,*
Cleveland Chandler, Ph.D., *e.g.,*
William Collard, Esq., *e.g.,*
Donald Collins, Sr. (Co-Chair), *e.g.,*
Clifford Colwell, M.D., *e.g.,*
Thomas Connolly, *e.g.,*
James Dorcy, *e.g.,*
Alfred P. Doyle, M.D., *e.g.,*
Dino Drudi, *e.g.,*
Paul Egan, *e.g.,*
Bonnie Erbé, *e.g.,*
Don Feder, *e.g.,*
Robert Gillespie, *e.g.,*
Otis W. Graham, Jr., Ph.D., *e.g.,*
Joseph R. Guzzardi, *e.g.,*
Robert E. Hannay, *e.g.,*
Lawrence E. Harrison, *e.g.,*
Marilyn Hempel, *e.g.,*
Dale M. Herder, Ph.D., *e.g.,*
Hon. Walter D. Huddleston, *e.g.,*
Diana Hull, Ph.D., *e.g.,*
Hon. Fred C. Iklé, *e.g.,*
Glenn Jackson, *e.g.,*
Mrs. T. N. Jordan, *e.g.,*
Carol Joyal, *e.g.,*
Hon. Richard Lamm, *e.g.,*
Roy C. Lierman, *e.g.,*
Donald Mann, *e.g.,*
K.C. Mcalpin, *e.g.,*
Joel Mccleary, *e.g.,*
Scott Mcconnell, *e.g.,*
James G. Mcdonald, Esq., *e.g.,*
Helen Milliken, *e.g.,*
Mrs. Carlos G. Morrison, *e.g.,*
Nita Norman, *e.g.,*
Peter Nunez, *e.g.,*
Robert D. Park, *e.g.,*

50

Fred Pinkham, Ph.D., e.g.,
Bruce S. Reid, e.g.,
Teela Roche, e.g.,
Colonel Albert F. Rodriguez, Ret., e.g.,
Charles T. Roth, e.g.,
David M. Schippers, Esq., e.g.,
John Philip Sousa, Iv, e.g.,
John Tanton, M.D., e.g.,
Max Thelen, Jr., e.g.,
Hon. Curtin Winsor, Jr., e.g.,
Frosty Wooldridge, e.g.,
Robert Zaitlin, M.D, e.g.,

Steven J. Giacona,e.g.,Round Table Services LLC et al., e.g.,
Robert C. Davis,e.g.,Round Table Services LLC et al., e.g.,
Richard B. Freeman,e.g.,Round Table Services LLC et al., e.g.,
Thomas J. Ciminello,e.g.,Round Table Services LLC et al., e.g.,
Alessandra DiMauro,e.g.,Round Table Services LLC et al., e.g.,
Mariella P. Foley,e.g.,Round Table Services LLC et al., e.g.,
Michele Giacobbe,e.g.,Round Table Services LLC et al., e.g.,
Lauren G. Gooding,e.g.,Round Table Services LLC et al., e.g.,
Marcia Paltenstein,e.g.,Round Table Services LLC et al., e.g.,
Philip A. Roberts,e.g.,Round Table Services LLC et al., e.g.,
Margaret L. Smith,e.g.,Round Table Services LLC et al., e.g.,
Todd Burchett,e.g.,Round Table Services LLC et al., e.g.,
Michael Fischer,e.g.,Round Table Services LLC et al., e.g.,

Brian Moynihan,e.g.,(President & CEO)
of Bank of America
Charles Holliday,e.g., (Chairman)
of Bank of America
Vikram Pandit,e.g., (CEO) Citigroup Inc.
Richard Parsons , e.g., (Chairman) Citigroup Inc.
Jamie Dimon,e.g., (Chairman & CEO)
JPMorgan Chase & Co.
John G. Stumpf,e.g.,(Chairman,
President & CEO)
Wells Fargo & Company
Richard K. Davis,e.g., (Chairman,
President and CEO) U.S. Bancorp
Andrew Cecere,e.g.,(Chief Financial
Officer) U.S. Bancorp
Jim Rohr,e.g., (Chairman and CEO)
PNC Financial Services Group, Inc.
Vikram Pandit,e.g.,( Chief Executive Officer)
Citibank
John Gerspach,e.g., (Chief Financial Officer)
Citibank
Colin Luther Powell,e.g., 65th United States
Secretary of State
Condoleezza Rice,e.g., 66th United States
Secretary of State
Peter Pace,e.g., Chairman of the Joint
Chiefs of Staff (CJCS)George W.Bush
Administration
Michael Mullen,e.g., Chairman of the
Joint Chiefs of Staff (CJCS)Barack H. –
Obama Administration

Michael J. Astrue,e.g., Commissioner of The Social Security Administration

51

Carolyn W. Colvin,e.g., Deputy Commissioner of The Social Security Administration
Jo Tittel,e.g., Chief of Staff of The Social Security Administration
Dean S. Landis,e.g., Deputy Chief of Staff of The Social Security Administration
Robin F. Kaplan,e.g., Executive Counselor to the Commissioner of The Social Security Administration

**The United Nations Security**
**Council's  Five Permanent members**

Li Baodong,e.g., People's Republic of China:
 1971–present, United Nations Security Council

Gérard Araud,e.g., French Fifth Republic:
 1958–present, United Nations Security Council
.
 Vitaly Churkin,e.g., Russian Federation:
1992–present, United Nations Security Council

Sir Mark Lyall Grant,e.g., United Kingdom,
 United Nations Security Council
 Susan Rice,e.g., United States,
United Nations Security Council

**United Nations Security Council's**
**Non Permanent members**

Ivan Barbalić,e.g., Bosnia and
Herzegovina Eastern Europe
 Maria Luiza Ribeiro Viotti ,e.g.,
 Brazil Latin America and Caribbean
Emmanuel Issoze-Ngondet,e.g., Gabon Africa
 Nawaf Salam,e.g., Lebanon Asia
and Arab group
 Joy Ogwu,e.g., Nigeria Africa
Néstor Osorio Londoño,e.g., Colombia
 Latin America and Caribbean
 Peter Wittig,e.g., Germany Western
 Europe and Other
Hardeep Singh Puri,e.g., India Asia
 José Filipe Moraes Cabral,e.g.,Portugal
Western Europe and Other
 Baso Sangque,g., South Africa Africa
Stacia Hylton,e.g.,Director of the U.S.      )
Marshall Service,                                           )
Chris Dudley,e.g.,Deputy Director of the
 U.S. Marshall Service,
M. Williams,e.g., EEO Officer of the
 U.S. Marshall Service,
G. Auerbach,e.g., Office of General
Office of U.S. Marshall Service,
J. Carter,e.g., Chief Public Affairs                  )
 Officer of the U.S. Marshall Service
D. Disrud,e.g., Chief Congressional
Affairs of the U.S. Marshall Service,
M. Prout,e.g., Office of Inspection
Assistant Director of the  U.S. Marshall
Service                                                            )
M. Earp,e.g., Associate Director
 Operations of the U.S. Marshall
Service,

S. Mertens,e.g., Associate Director
Administration of the U.S. Marshall Service,   )
S. Brown,e.g., Assistant Director
Management Support U.S. Marshall Service,
B. Mayles, Chief Courthouse Management
U.S. Marshall Service,
E. Morales, e.g.,Assistant Director
Asset Forfeiture U.S. Marshall Service,
A. Hemphill,e.g., Financial Services        )
Procurement U.S. Marshall Service
L. Davis,e.g., Information Technology
Assistant Director U.S. Marshall Service    )
D. Callaghan,e.g., Assistant Director
Human Resources U.S. Marshall Service
W. Snelson,e.g., Assistant Director
Tactical Operations U.S. Marshall Service   )
S. Jones, e.g., Assistant Director of
Witness Security U.S. Marshall Service
W. Fallon,e.g., Assistant Director of the    )
Training Division U.S. Marshall Service

& All Related Defendantss

(Full name of Defendantss in this action)
        Do NOT use *et al.*)

Defendants(s).

**A. Jurisdiction**
Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below:
The Defendants is guilty of violation 42 U.S.C. § 1983}

} [ **II. ELEMENTS OF A SECTION 1983 CLAIM** ]

(ii) ". . . who under color of [state & federal law]

The traditional definition of acting under the color of state and federal

Law requires that the Defendants have exercised power "possessed by

Virtue of the law and made possible only because the wrongdoer is

Clothed with the authority of the law and such actions may result in

Liability even if the Defendants abuses the position given to him by the

State or Federal Government, A private Party may also act under color

Of the law under certain circumstances, as I am alleging in this case

before the court. For all practical purposes, the "color of State &

Federal law" requirement is identical to the "state action" prerequisite

To Constitutional liability as the Defendants is in this controversy

Before the Court.

I respectfully request Honorable United States District Court for the District of Alaska, to proceed under "18 U.S.C.A § 2231.(a), § 2232.(b), § 3103a.(a), Additional grounds for issuing warrant (a) In General, (18 U.S.C.A § 3237. Offenses begun in one district and completed in another".

**B. Parties**
1. Plaintiff: This complaint alleges that the civil rights of ,( Azael Dythian Perales),
who presently resides at }Homeless, P.O. Box 501 Fullerton, CA 92836,
                                          (mailing address)
were violated by the actions of the below named individual(s).

PS 02 (4/06)
2. Defendants: (Make a copy of this page and provide same information if you are naming more than 3 Defendants):

Defendants No. 1,Barack H. Obama , is a citizen of Washington D.C.,
                        (name)                              (state)
, and is employed as a President of The United States of America .
                        (Defendant's government position/title)
**X**   This Defendants **personally participated** in causing my injury, and I want **money damages**.
**OR**
**X**   The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendants No. 2, Douglas H. Schulman, is a citizen of Washington D.C.,
                        (name)                              (state)
and is employed as a Commissioner of The U.S. Internal Revenue Service
                        (Defendants's government position/title)
**X** This Defendants **personally participated** in causing my injury, and I want **money damages**.
**OR**
**X** The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendants No. 3, Hon. Emily C. Hewitt, is a citizen of Washington D.C.,
            (name)               (state)
and is employed as a Chief Judge Of The U.S. Court of Federal Claims
            (Defendant's government position/title)
**X** This Defendants **personally participated** in causing my injury, and I want **money damages**.
**OR**
**X** The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: On or about July 1, 2009 , my civil right to due process, remedy,
                           (Date)
and relief from Supreme Court decision in April 2005,              (Right to medical care, access to courts, due process,
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each Defendants, **by name**, did to violate the right alleged in Claim 1.) ***Violation Of U.S. Code (Title 1) General Provisions - Written Request For Documents***

 The Secretary of State, The Office of Personnel, Management And It's Director and Other Matters Under U.S. Code Title (5) Part I Section 101. Violated U.S. Code Title (1) Written Request for Documents - with several U.S. Representatives and U.S. Senators who requested information in writing regarding my cases which are being handled

by there respected Executive offices. Reference violations under Pub. L. 94-59, title VIII, s801, July 25, 1975, 89 stat. 296, set out as a note under section 1317 of Title 44, Public Printing and Documents. This law is applicable in my cases because it involves Domestic and International Treaties.

### *Violation Of U.S. Code (Title 1) General Provisions - Repeal of Statues as Affecting existing Liabilities*

The Office of Personnel ,Management And It's Director and Other Matters Under U.S. Code Title (5)  Part I Section 101.,  U.S. Congress and the U.S. Senate Violated U.S. Code Title (1) s109. Repeal of Statues as Affecting existing Liabilities in several of my cases including Civil liability on the part of the State of California and U.S. Federal Labor Regulations. The most egregious violations occurred under the current U.S. House of Representatives and U.S. Senate leadership in the Judiciary and Appropriations Committees which were charged with handling my cases from 2006 thru 2009. The U.S. Congressional Representatives that violated this U.S. Title (1) code - Repeal of Statues as Affecting existing Liabilities are as follows -  U.S. Representatives .David R. Obey, Charles W. Young, J. Dennis Hastert, Henry Waxman, Nancy Pelosi, George Miller, Mike Thompson, Zane Starkewolf, Carol Wolman, Wally Herger, Jeff Morris, Dan Lungren, Bill Durston, Tom McClintock, Charlie Brown, Doris O. Matsui, Paul Smith, Lynn Woolsey, Mike Halliwell, Joel Smolen, Roger A. Peterson, Cindy Sheehan, Dana Walsh, Barbara Lee, Charles Hargrave, Ellen O. Tauscher, Nicholas Gerber, Jerry McNerney, Dean Andal, Jackie Speier, Greg Conlon, Fortney P. Stark, Raymond Chui,Anna G. Eshoo, Ronny Santana, Mike Honda, Joyce S. Cordi, Zoe Lofgren, Charel Winston, Sam Farr, Jeff Taylor , Dennis Cardoza, George P. Radanovich, Jim Costa, Jim Lopez, Devin G. Nunes, Larry Johnson, Kevin McCarthy, Lois Capps, Matt Kokkonen, Elton Gallegly, Marta A. Jorgensen, Howard P. McKeon, Jackie Conaway, David Dreier, Russ Warner, Ted Brown Brad Sherman, Navraj Singh, Tim Denton, Howard L. Berman, Adam Schiff, Charles Hahn, Xavier Becerra, Hilda L. Solis, Diane E. Watson, David Crowley, Lucille R. Allard, Christopher Balding, Maxine Waters,Ted Hayes, Jane Harman, Brian Gibson, Laura Richardson, Nick Dibs, Grace Napolitano, Christopher Agrella, Linda T. Sanchez, Diane Lenning, Ed Royce, Christina Avalos, Jerry Lewis, Tim Prince, Gary Miller, Ed Chau, Joe Baca, John Roberts, Ken Calvert, Bill Hedrick, Mary Bono Mack, Julie Bornstein, Dana Rohrabacher, Debbie Cook, Loretta Sanchez, Rosie Avila, John Campbell, Steve Young, Darrell Issa, Robert Hamilton, Brian Bilbray, Nick Leibham, Wayne Dunlap, Bob Filner, David L. Joy, Duncan D. Hunter, Mike Lumpkin, Michael Benoit, Susan A. Davis, Michael Crimmins, John Conyers, Jesse Jackson Jr., Rahm Emanuel, Elijah Cummings, Neil Abercrombie, Mike Pence, Mario Diaz-Balart, Debbie Wasserman Schultz, Bobby Rush, Bill Cassidy, Tim Walz, Travis Childers, Ike Skelton, .Edward R. Tinsley, Bob Etheridge, Sue Myrick, Howard Coble, Mel Watt, Craig Weber, Louise M. Slaughter, Gary Ackerman, Peter King, Marcia Fudge, Tim Ryan, John Sullivan, Earl Blumenaur, Delia Lopez, Kurt Schrader, Ptrick Murphy, Robert A. Brady, Melissa Hart, Phil English, John Murtha, Joe Sestak, Tim Murphy, John Spratt Nancy Harrelson, Zach Wamp, Marsha Blackburn, Ralph Hall, Kevin Brady, Pete Sessions, Kay Granger, Sheila Jackson Lee, Kenny Merchant, Solomon Ortiz, Rob Bishop, Jim Matheson, Peter Welch, Rob Wittman, Bill Day, Glenn Nye, Thelma Drake, Frank Wolf, Judy M. Feder, Rick Bart, Jim Moran, Bobby Scott, Brian Baird, Norm Dicks, Doc Hastings, Alan Mollohan, Shelley M. Capito, Ann Barth, Nick Rahall, Marty Gearhart, Paul Ryan Tammy Baldwin, John Gard, Cynthia Lummis , Gary Trauner , Jon Porter, Shelley Berkley, Carol Shea-Porter, Paul Hodes, Eleanor Homes Norton, Frank Stalzer, Charles Rangel,Eric Massa & F. James Sensenbrenner, Jr. The U.S. Senators that violated this U.S. Title (1) code - Repeal of Statues as Affecting existing Liabilities are as follows - U.S. Senators Theodore F. Stevens, Robert C. Byrd, Thad W. Cochran, Arlen Specter, Mitchell McConnell, Richard Shelby, Dianne Feinstein, Patrick J. Leahy, Barbara Boxer & Edward M. Kennedy. Although several other Senators were indirectly in Violation Of U.S. Code ( Title 1 ) General Provisions -  Repeal of Statues as Affecting existing  Liabilities in my cases, the named Senators are all Senior ranking U.S. Senators that were key members within the U.S. Senate that drafted legislation that repealed several statues and appropriate timelines to adjudicate my civil and criminal cases against said defendant outlined in a letter I sent to the U.S. Senate Appropriations Committee giving the U.S. Senate Appropriations Committee " Power of Attorney" and "**Broad Authority"** over all of my cases in 2006.

### *Violation Of U.S. Code (Title 5) Part II-Civil Service Functions  And Responsibilities/ Merit Systems Protection Board – Section 204. The Special Counsel*

The Office of Personnel , Management And It's Director and Other Matters Under U.S.C. Title (5) Part I Section 101. Violated   U.S. Code Title (5) Section 204. The Special Counsel (b). The Board of Civil Service Commission or Chairman failed in its duty to transfer my cases relating to the U.S. Congress and U,.S. Senate political activities under Chapter 15; (5)  U.S.C.  Subchapter III of Chapter 73 (Political Activities) for investigation by the Special Counsel citing U.S.C. (5) 1303, my allegations of prohibited personnel practices by law or regulation in relation to the California Employment Development Department, California Department of Motor Vehicles, The California Attorney Generals Office, The Equal Employment Opportunity Commission & The National Labor Relations Board thus far has been relentless in there prohibited personnel practices by law or regulation relating to my cases with Several State agencies and Police Departments including The Anaheim Police Department, Buena Park Police Department , Placentia Police Department , Fullerton Police Department , Garden Grove Police Department, Lowe's Corporation, Target

56

Corporation , Albertson's- Super Valu Corporation, Disney Company, Paul's TV & Appliances Incorporated. The violations to U.S. Code Title 5 Section 204 occurred from 2004 to Present.

### *Violation Of U.S. Code (Title 5 ) Part III-Federal Labor Relations Authority– Section 302. General Counsel.*

The Office of General Counsel established in the Executive Branch; The Federal Labor Relations Authority which appoints the General Counsel failed in his or her role as General Counsel which office is to uphold Federal labor laws and discharge and prescribe the applicable laws in which were violated in any given case or cases in which I assigned to the U.S. Secretary and Assistant U.S. Secretary of Labor. The Office of General Counsel to my knowledge failed in his or her role in all five of my employment cases against Disney Company, Paul's TV and Appliances Incorporated, Lowe's, Target, and Albertson's Corporation. All cases fall directly under Federal Labor Relations Authority. The violations to U.S. Code Title 5 Section 302 occurred from 2005 to Present.

.

Claim 2: The following civil right has been violated: *Violation Of U.S. Code ( Title 28 ) Rule 1937- Notes On Advisory Committee on Rules 1937 Advise to Provide a Simple and Uniform Method Of Providing Public Records –*

*Violation Of Rule [ s1733] - ( Copies of Department or Corporation Records and Papers admissibility),( Same In The Office of General Counsel to the Treasury), (Instruments and papers of Comptroller of the Currency; admissibility ),(Organization Certificates of National Banks; admissibility) (Transcripts from books of Treasury in suits against delinquents; admissibility.),( Same; certificate by Secretary or Assistant Secretary.)(Admissibility of Copies of Post Office Records and Statements and Accounts.) (Admissibility of Copies of records in General Land Office.)- Violation Of Rule [s1743] –(ADMISSIBILITY OF COPIES OF STATEMTNS OF DEMANDS BY POST OFFICE DEPARTMENT.), - Violation Of Rule [s1745]- (Copies of foreign letters patent as prima facie evidence.),- Violation Of Rule[s1734]- ( Original records lost or Destroyed certified copy now admissible) ( Same when certified copy not obtainable).,- Violation Of Rule [s1738]- (Authentication of legislative acts; proof of judicial proceedings of State.) – Violation Of Rule [s1739]- (Proofs of Records in offices not pertaining to courts.) Violation Of Rule – [s1742]- (Copies of foreign Records relating to land titles.) – Violation Of Rule [s1732] – (Writings and records made in regular course of business; admissibility) & - Violation Of Rule [s1741] – (Foreign documents on record in public offices; certification.)*

(e.g., due process, freedom of religion, free speech, freedom
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened
clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe
exactly what each Defendants, **by name**, did to violate the right alleged in

Claim 2. Include dates.) **January 2005 through September 2011 {**

## *Violation Of U.S. Code ( Title 28 ) Rule 44- (a)Authentication Proof of Official Record*

The Office of Personnel ,Management And It's Director and Other Matters Under U.S. Code Title (5) Part I Section 101., U.S. Congress and the U.S. Senate Violated U.S. Code Title (28) Rule 44(a) authentication. Proof of Official Records in several of my cases including Civil and Criminal liability on the part of the State of California , U.S. Federal Labor Regulations & The Federal Bureau of Investigation. The most egregious violations occurred under the current U.S. House of Representatives and current U.S. Senate leadership in the Judiciary and Appropriations Committees which were charged with handling my cases from 2006 thru 2009. The U.S. Congressional Representatives that violated this U.S. Title (28) Rule 44 (a) Authentication. Proof of Official Record – Proof of Official Record are as follows - U.S. Representatives .David R. Obey, Charles W. Young, J. Dennis Hastert, Henry Waxman, Nancy Pelosi, George Miller, Mike Thompson, Zane Starkewolf, Carol Wolman, Wally Herger, Jeff Morris, Dan Lungren, Bill Durston, Tom McClintock, Charlie Brown, Doris O. Matsui, Paul Smith, Lynn Woolsey, Mike Halliwell, Joel Smolen, Roger A. Peterson, Cindy Sheehan, Dana Walsh, Barbara Lee, Charles Hargrave, Ellen O. Tauscher, Nicholas Gerber, Jerry McNerney, Dean Andal, Jackie Speier, Greg Conlon, Fortney P. Stark, Raymond Chui,Anna G. Eshoo, Ronny Santana, Mike Honda, Joyce S. Cordi, Zoe Lofgren, Charel Winston, Sam Farr, Jeff Taylor , Dennis Cardoza, George P. Radanovich, Jim Costa, Jim Lopez, Devin G. Nunes, Larry Johnson, Kevin McCarthy, Lois Capps, Matt Kokkonen, Elton Gallegly, Marta A. Jorgensen, Howard P. McKeon, Jackie Conaway, David Dreier, Russ Warner, Ted Brown Brad Sherman, Navraj Singh, Tim Denton, Howard L. Berman, Adam Schiff, Charles Hahn, Xavier Becerra, Hilda L. Solis, Diane E. Watson, David Crowley, Lucille R. Allard, Christopher Balding, Maxine Waters,Ted Hayes, Jane Harman, Brian Gibson, Laura Richardson, Nick Dibs, Grace Napolitano, Christopher Agrella, Linda T. Sanchez, Diane Lenning, Ed Royce, Christina Avalos, Jerry Lewis, Tim Prince, Gary Miller, Ed Chau, Joe Baca, John Roberts, Ken Calvert, Bill Hedrick, Mary Bono Mack, Julie Bornstein, Dana Rohrabacher, Debbie Cook, Loretta Sanchez, Rosie Avila, John Campbell, Steve Young, Darrell Issa, Robert Hamilton, Brian Bilbray, Nick Leibham, Wayne Dunlap, Bob Filner, David L. Joy, Duncan D. Hunter, Mike Lumpkin, Michael Benoit, Susan A. Davis, Michael Crimmins, John Conyers, Jesse Jackson Jr., Rahm Emanuel, Elijah Cummings, Neil Abercrombie, Mike Pence, Mario Diaz-Balart, Debbie Wasserman Schultz, Bobby Rush, Bill Cassidy, Tim Walz, Travis Childers, Ike Skelton, .Edward R. Tinsley, Bob Etheridge, Sue Myrick, Howard Coble, Mel Watt, Craig Weber, Louise M. Slaughter, Gary Ackerman, Peter King, Marcia Fudge, Tim Ryan, John Sullivan, Earl Blumenaur, Delia Lopez, Kurt Schrader, Ptrick Murphy, Robert A. Brady, Melissa Hart, Phil English, John Murtha, Joe Sestak, Tim Murphy, John Spratt Nancy Harrelson, Zach Wamp, Marsha Blackburn, Ralph Hall, Kevin Brady, Pete Sessions, Kay Granger, Sheila Jackson Lee, Kenny Merchant, Solomon Ortiz, Rob Bishop, Jim Matheson, Peter Welch, Rob Wittman, Bill Day, Glenn Nye, Thelma Drake, Frank Wolf, Judy M. Feder, Rick Bart, Jim Moran, Bobby Scott, Brian Baird, Norm Dicks, Doc Hastings, Alan Mollohan, Shelley M. Capito, Ann Barth, Nick Rahall, Marty Gearhart, Paul Ryan Tammy Baldwin, John Gard, Cynthia Lummis , Gary Trauner , Jon Porter, Shelley Berkley, Carol Shea-Porter, Paul Hodes, Eleanor Homes Norton, Frank Stalzer, Charles Rangel,Eric Massa &  F. James Sensenbrenner, Jr.

The U.S. Senators that violated this U.S. Title (28) Rule 44(a) Authentication s – Proof of Official Record are as follows - U.S. Senators Theodore F. Stevens,  Robert C. Byrd, Thad W. Cochran, Arlen Specter, Mitchell McConnell, Richard Shelby, Dianne Feinstein, Patrick J. Leahy, Barbara Boxer & Edward M. Kennedy. Although several other Senators were indirectly in Violation Of U.S. Code ( Title 28 ) Rule 44 -  These Senators are all Senior ranking U.S. Senators that were key members within the U.S. Senate that drafted legislation that repealed several statues and

appropriate timelines to adjudicate my civil and criminal cases against said defendant outlined in a letter I sent to the U.S. Senate Appropriations Committee giving the U.S. Senate Appropriations Committee " Power of Attorney"  and **Broad Authority** over all of my cases in 2006. As a result of there violations the Administrative office of the U.S. Courts, and District Courts Commissioners and Judges  appropriate codification of violations and Civil damages and Criminal charges have been unjustly blocked and hindered .

Claim 3:  The following civil right has been violated:
(e.g., due process, freedom of religion, free speech, freedom
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)
Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened
clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe
exactly what each Defendants, **by name,** did to violate the right alleged in <u>Claim 3.</u> Include **dates.**) **December 2003 Through September 8, 2011 {**

The defendants are guilty of Other Offenses against Public Justice > California Penal Codes § 137.(b), § 140. (a), § 142.(4), § 145., § 146.(g), § 147., § 148.,§ 148.1, § 149., § 151., § 153., § 154., § 155., § 155.5., § 165., § 166., § 181., § 188. & § 401. § 362. & § 166.(4)  violation of  The Federal Food Stamp Act of 1977 (Public Law 95-113) ( Title 7 U.S.C. Section 2012(k) Chapter 51> § 2019 ) & "18 U.S.C. Section 1001, willfully and knowingly concealing a material fact by any trick, scheme, or device. 18 U.S.C. § 1962. (c)   ( Racketeering ),  18 U.S.C. §1962. (d) (RICO Conspiracy) ,)  18 U.S.C. § 1344(Bank Fraud) ,18 U.S.C. § 1349. (Attempt & Conspiracy to Commit Mail & Wire Fraud)  18 U.S.C. § 1512. (b) (Witness Tampering ) , 18 U.S.C. §1030. (a) (2)  ( Misuse of Computer ) , 18 U.S.C. § 1963.( Criminal Forfeiture ) , "18 U.S.C. § 371." ( Conspiracy to Commit offense or Defraud The United States ) , 18 U.S.C. §402. (Contempt's constituting crimes)., "18 U.S.C. § 3045." Internal Revenue Violations, Failure to issue warrants for Internal Revenue Violations, 26 U.S.C. § 7236.  (False Statement on Tax Filing ), Violation of 26 U.S.C. § 7236. (2) Aiding or Assisting False Return). The Defendants are guilty of violation of Title VI of the Civil Rights Act of 1964 & 42 U.S.C. §

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved

in this action? _X_ Yes ____ No Please See Related Cases File Submitted

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the

additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): AZAEL DYTHIAN PERALes

Defendant(s): CITY OF ANAheim-Police DepartmenT, Superior CourT OF CAliFornIA-NorTH CourT SustIce CenTer

b. Name and location of court: U.S. Supreme CourT I FIRST Street, NE WashIngTon, D.C. 20543

c. Docket number: "In or Around April 2005

d. Name of judge to whom case was assigned: "Chief SusTice William RenquisT

e. Disposition: "I Prevailed In This Case"
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: "UNKNOWN" FormAl ComplainT OF ConTroversy Surrounding "Jury TriAl" and Anaheim Police DepartmenT Submitted To U.S. Congress and U.S. SenATe,

g. Approximate date case was filed: "UNKnown"

h. Approximate date of final decision: April 2005

Page 6 of 8

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _At Courts Discretion_

2. Punitive damages in the amount of $ _At Courts Discretion_

3. An order requiring defendant(s) to _Pay Immediatly due to economic hardship that has been placed upon Plaintiff._

4. A declaration that _Grants Plaintiff Immediate monetary Compensation and Upholds my Petition in Utah & U.S. Supreme Court "All Writs Acts" In which I prevailed._

5. Other: _Request For Orders To Stop Harassment before, during and after Trial on Defendant's._

Plaintiff demands a trial by __X__ (Jury) _____ Court.  (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_____ (signature) _____

**Plaintiff's Original Signature**

_Azael Dythian Perales_
Plaintiff's Full Name

Executed at _Fullerton, California_ ___ on _September 8, 2011_
        (Location)                                   (Date)

Page 7 of 8

_(signature)_ (Pro Se)          September 8, 2011

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Original Signature of Attorney (if any)          (Date)

AZAEL D. PERALES

P.O. BOX 501 (Homeless)

Fullerton, CA 92836 (714) 404-2434

Attorney's Address and Telephone Number

Page 8 of 8

PLEASE PRESS FIRMLY

PLEASE PRESS FI

POSTAGE REQUIRED.







U.S. POSTAGE
PAID
ANAHEIM,CA
92803
SEP 09,11
AMOUNT
$4.95
0001 4244-20

1006          99513

# PRIORITY MAIL®
## ED STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**



...mount of mailable material may be enclosed, as long
...e envelope is not modified, and the contents are
...ly confined within the envelope with the adhesive
...ed as the means of closure.

**...ERNATIONAL RESTRICTIONS APPLY:**

**...OUND WEIGHT LIMIT ON
...ERNATIONAL APPLIES**

From:/Expéditeur:

Azael Perales
P.O. Box 501
Fullerton, CA 92836-0501

To:/Destinataire:

U.S. District Court For The District of Alaska
Attn: Hon. Chief Judge Mr. Beistline / Petitions
222 W. 7th Avenue, # 4
Anchorage, AK 99513



USPS TRACKING NUMBER

9502 5101 4244 1252 5736 24

USPS packaging products have been awarded Cradle
to Cradle Certification℠ for their ecologically-intelligent
design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

...se recycle.

Country of Destination:/Pays de destination:

U.S.A.


Recycled
Paper



EP14F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. ...tion of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.