# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Civil Action No. ____________
(To be supplied by the Clerk)

AZAEL DYTHIAN PERALES et.al., )
)
)
)
Plaintiff's )
)
)
)
)
)
)
V. )
)
United States of America ,et al., )
U.S. Internal Revenue Service et.al, )
Emily C. Hewitt-Chief Judge U.S. Court – )
of the Federal Claims.Francis M. Allegra, )
Lawrence M. Baskir, Lawrence J. Block, )
Susan G. Braden ,Lynn J. Bush , )
Edward J. Damich, Nancy B. Firestone, )
Marian Blank Horn, Charles F. Lettow, )
Christine Odell Cook Miller, George W. Miller, )
Margaret M. Sweeney, Thomas C. Wheeler, )
Mary Ellen Coster Williams. )
Victor J. Wolski, )
Senior Judges – U.S. Court of Federal Claims )
Eric G. Bruggink, Bohdan A. Futey, )
Robert H. Hodges, Jr., Lawrence S. Margolis, )
James F. Merow, Loren A. Smith, )
John Paul Wiese. Robert J. Yock, )
U.S. Department of Labor et.al, Hilda )
L. Solis . United States of America , et.al )
Barack H. Obama, Hillary R. Clinton. )
John Boehner,James E. Clyburn, )
David R. Obey,John M. Spratt Jr., )
John Conyers Jr., Edolphus Towns )
Bob Sasser, )
Roy Blunt, Elaine L. Chao, )
Janet Napolitano,Robert Gates, )
Douglas Shulman,John (Jack) E. Potter) )
Robert S. Mueller, Eric H. Holder, )
)

**RECEIVED**

SEP 13 2011

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

Docket No.

– Attachment to Related Cases No.
U.S. District Court District of Connecticut ,
11-22833-CIV-MARTINEZ-MCALILEY,
1:11-cv-22833-JEM,

) SACV11-824 JVS (AGR),10-55552,
) Whistleblower Case No.11/22/2010,10-5558,
) 2010-008808,2010-008814,2010- 008815,2010-
) -008813,SACV10-01737-JVS (AGR)
) 2010-009061, Tax Court Case No. 24597-09,5664-)
) Insurance Appeals Board & Lowe's

Companies,

) 10-8040 , State Case No.18414,CV-1016,

`Mark Sullivan, Leon Edward Panetta ) 10-6286, 10-2170,765 10W,1:09cv02964BEL,
Charles B. Rangel,George Miller, Robert Brady ) SACV10 -1250 JVS
(AGR)
Vernon Ehlers,Duncan Hunter,Jerry Lewis, ) SACV10 – 01472- JVS (AGR),
Christopher Cox,Nancy Pelosi,Maxine Waters ) 8:10-cv-00542,8:2010cv01138,
Samuel A. Alito,Jr.,Henry Waxman, Lynn C. ) (Case # KMM97514968V24557LOKM
) Azael D. Perales v. Yahoo Inc. et.al )
Woosley,Henry A. Waxman,Arlen Specter ) 8:2009cv00743, 2:10-cv-02388-CMK,
Jane Harman,Peter Hoekstra,Gene Green ) 10-1845-cv,10-1159,4:09-cv- 3231,
Doc Hastings,Louise M. Slaughter ) SACV 06-571 AJG (MLGx),
Thad Cochran, Chuck Grassley,Charles E. Schumer, ) U.S. Court of Appeals For the District Of

Timothy Geithner ,Joseph R. Biden, ) Columbia , State of Michigan Judicial
Tenure
Christopher J. Dodd, Daniel Inouye, ) Commission Investigation No. 10-18686,
(Robert C. Byrd Late)(Edward M. Kennedy/ Late) ) CV09-6452,10-55552,SACV09- 1255,
Micheal DeWine, George V. Voinovich, Lamar ) 10-55537,4:10-CV-37,10-55575, 10-55525,
Byron L. Dorgan, Jefferson B. Sessions, ) SA-CV09-1128,24593-09,
Joseph I. Lieberman, Olympia J. Snowe, ) U.S. Supreme Court , U.S. Court of
Appeals-
Patty Murray, John D. Rockefeller IV, ) for the 1st,2nd,4th,5th,7th,9th & 10 th Circuit,
Alexander,Pete V. Domenici, Elizabeth Dole ) National Legal Defender Association,
John Edwards, John Warner, ) California State Audits, U.S. Department of
) Health & Human Services, National
Labor
(Continued) ) Relations Board , U.S. Department of
Labor
) Industrial Relations-Division of Labor
John G. Roberts, Anthony M. Kennedy, ) Standards Enforcement Santa Ana , CA ,
Ruth Bader Ginsburg, Clarence Thomas ) State Case No. 18-67063,Little Hoover
Barbara Boxer, Dianne Feinstein, ) Commission, U.S. Postal Service Office of
Nancy Pelosi, Patrick Leahy, Ben S. Bernanke, ) Inspector General, Court Service and
Don Bankhead, Michael Sellers, ) Offender Supervision Agency for the
Arnold Schwarzenegger, John A. Perez, ) District of Columbia , CA EDD Case No.
Shawn Nelson, Chris Norby , Mimi Walters, ) 07ED27654,2050074537, 2050208269,
Art Brown, Tom Monson, John O' Colvin, ) 2050177020 , Utah Supreme Court &
Matthew S. Petersen ,Edmund G. Brown, ) UFCWU( Albertson's) Case No. 21-CB-
Norman Y. Mineta, J. Dennis Hastert, ) 14151, California Bureau of State Audits,
Mark Sullivan, Deborah Bowen, Michael Steele, ) U.S. Office of Special Council, 10-4558,
Tim Kaine . Loretta Sanchez, Ed Royce, ) 10-8040, U.S. Dist Court Northern District
Hazel Cash, Alice M. Batchelder ,Leonard Green, ) of Texas , U.S. Government Accountability
Cathryn Lovely, Clarence Maddox, ) Office Control; No. 48011,
John P. Murtha,David Drier,Peter Stark, ) Utah Supreme Court, Florida Supreme
Court,
Jan Horbaly, John G. Roberts, Emily C. Hewitt, ) 3:10-cv-2621-B (BK),
Randall Radar, Sonia M. Sotomayer, ) Arizona Supreme Court –HC-11-0010
Antonin Gregory "Nino" Scalia, Elvi de Quiroz ) United Nations Complaint,
Linn Dyk,Hilda L. Solis,Marshal -David M. Singer ) California Unemployment Insurance -

Audrey B. Collins, James V. Selna, )
George W. Bush, Alberto R. Gonzales, )
Condoleezza Rice,Karl Rove,Richard B. Cheney, )
Mitch Mc Connell,Steny Hoyner,Harry Reid, )
Dick Durban, Rahm Emanuel, R.N. Armen Jr., )
Ralph C. Conte, Bradley DeBerg, Susan Stoker, )
Christina Reiss, Tony Rackauckas,Elena Kagan, )
Andre Birotte Jr..,Alex Kozinski,Gerald E. Lynch )
Russell G. Weiner, Marian B. Horn, Linn Dyk, )
Barney Frank, Orrin Hatch, Dale E. Kildee, )
Thomas Davis, Spencer Bachus,John Spratt, )
Paul Ryan,Michael B. Enzi,, John Ashcroft, )
Curt Pringle, Tom Tait,Trent Lott, Tom Daschle, )
Susan K. Lee, Curtis L. Collier, Dale M. Cundiff, )
Kenneth Feinberg,Steve Scalise, )
Nancy Mayer Whittington,Tom Daly, )
Lyle W. Cayce, Shelly E. Saltzman, )
Rose E. Chavez, Greg M. Conger, Yvonne T. Dixon ,)
Ronald Meisburg, A. Gragera-CA EDD, )
Brian Cornell,Ralph C. Dawson,Don Chang-CEO )
Of Forever 21 Retail Inc. et.al, Andrew A. Connell, )
Ruth Jones, Annie Wing, Russ Hayden, )
Daniel J. Lynch, Steven J. McAuliffee, Mike Duke- )
CEO of Walmart Inc. et.al, , Barbara Pisaro, )
Kizito Namulandan, James F. Bellot, Micheal Seto, )
)
)
Alissandra Geliga, G. De La Torre, )
Michael Courlander, Dr. William Frisk, )
Daniel VanHorn, Ralph C. Conte, )
Marilyn R. Abbott, Robert R. Di Trolio, )
Fernando M. Olguin, Paul Micheal, )
Stephen Bryer,Greg L. Prickett, )
Sandra Lynch,J. Douglas Steere, )
Bill Canepa, Paul H. Dobson, )
Steve Cooley,John Chiang, )
Steve Ballmer, William H. Gates III, )
Melinda French Gates, Steve Paul Jobs, )
Robert Louis Nardelli,Oprah Winfrey, )
Kwesi Mfume,Benjamin Todd Jealous, )
Gayle King, David Carey-President Hearst )
Magazines,Gregg W. Steinhafel-President & )
CEO of Target Corporation,Stephen Eastman )
President of Target.com, Lawrence R. )
Johnston –CEO of Albertson's 2001-2006, )
Alice M. Batchelder,David B. Sentelle, )
Tom Cochran-CEO & Exec. Dir. Of U.S. )
Conference of Mayors,Elizabeth B. Kautz, )
Michael A. Nutter,Jack Markell, )
National Association of State Treasures Presidents- )
2010 Hon. James B. Lewis, New Mexico , )
2008-2009 Hon. Jeb Spaulding, Vermont , )
2007-2008 Hon. Lynn Jenkins, Kansas , )
2006-2007 Hon. Tate Reeves, Mississippi )
2005-2006 Hon. Randall Edwards, Oregon )

Appeals Board Cases No. 3731875(EUC), 3770976, Appeal Dated Sep. 8,2010, 2:11-cv-01621 & 10-4558

2005-2006 Hon. Jody M. Wagner, Virginia )
2004-2005 Hon. John D. Perdue, West Virginia , )
Scott Burns-Executive Director of the National District )
Attorneys Association, James C. Duff, Cameron )
Moody – Director of the Office of Administration )
Ronald C. Machen Jr. U.S. Attorney D.C. , )
Phillip D. Morse – Chief of Capitol Police Dept., )
John F. Clark – Director of the U.S. Marshals Service, )
Brian Beckwith – Deputy Director of the U.S. Marshals )
Service, David M. Walker – Former U.S. Comptroller )
General, Gene L. Dodaro, William E. Reukauf – U.S. )
Presiding Special Council, Mathew S. Peterson, )
William Jefferson Clinton , Hon. Rep. Mrs. Gabrielle )
Giffords , Hon. William K. Suter-Clerk, )
Ruth Jones, )
President Pro Tem of the Senate for the State )
of Alabama- Del Marsh, )
Speaker of the House for the State of Alabama )
Mike Hubbard, )
VICTOR GASTON- Speaker Pro Tempore of the House)
For the State of Alabama House of Representatives, )
WILLIAM G. (GREG) PAPPAS – Clerk of The House )
For the State of Alabama House of Representatives, )
**State of Alabama House of Representatives Members** )
BAKER, Alan, BALL, Mike
BANDY, George C., BARTON, Jim
BAUGHN, Richard, BECKMAN, Paul
BEECH, Elaine, BLACK, Marcel.
BOMAN, Daniel , BOOTHE, Alan C.
BOYD, Barbara B. , BRACY, Napoleon Jr.
BRIDGES, Duwayne, BROWN, K.L.
BURDINE, Greg , BUSKEY, James E.
BUTTRAM, Mac ,VACANT, CHESTEEN, Donnie )
CLOUSE, Steve
COLEMAN, Merika
COLLINS, Terri
COLSTON, David
DAVIS, Randy
DeMARCO, Paul
VACANT
ENGLAND, Chris )
FARLEY, Allen
FAUST, Joe
FINCHER, Chad
FORD, Craig
FORTE, Berry
GALLIHER, Blaine )
GASTON, Victor
GIVAN, Juandalynn
GREER, Lynn
GREESON, Todd
GRIMSLEY, Dexter
HALL, Laura
HAMMON, Micky
HARPER, Alan
HENRY, Ed
HILL, Mike )
HOLMES, Alvin

HOWARD, Ralph
HUBBARD, Joe )
HUBBARD, Mike
HURST, Steve
ISON, Jamie
JACKSON, Thomas E.
JOHNSON, Ken
JOHNSON, Ronald G.
JOHNSON, Wayne
JONES, Mike
KENNEDY, Yvonne )
KNIGHT, John F.
LAIRD, Richard J.
LEE, Paul
LINDSEY, Richard J.
LONG, Wes
LOVE, Jay
MASK, Barry
MCADORY, Lawrence
McCAMPBELL, A.J.
McCLAMMY, Thad
McClendon,Jim )
McCLURKIN, Mary Sue
McCUTCHEON, Mac
McMILLAN, Steve
MELTON, Darrio
MERRILL, John
MILLICAN, Mike
MITCHELL, Joseph C.
MOORE, Barry )
MOORE, Mary
MORROW, Johnny M.
NEWTON, Charles O.
NEWTON, Demetrius C.
NORDGREN, Becky
ODEN, Jeremy H.
PATTERSON, Jim
PAYNE, Arthur
POOLE, Bill
RICH, Kerry
ROBERTS, Bill
ROBINSON, John
ROBINSON, Oliver
ROGERS, John W. Jr.
SANDERFORD, Howard )
SCOTT, Rod
SESSIONS, David
SHIVER, Harry
THOMAS, Elwyn
TODD, Patricia
TREADAWAY, Allen
TUGGLE, Mark
VANCE, Lesley
WALLACE, Kurt
WARREN, Pebblin
WEAVER, April
WILLIAMS, Dan
WILLIAMS, Jack
WILLIAMS, Phil
WOOD, Randy

WREN, Greg )
Governor Robert Bentley- Governor of the State of Alabama )
ALLEN, Gerald ,
BEASLEY, Billy
BEASON, Scott
BEDFORD, Roger
BLACKWELL, Slade
BREWBAKER, Dick )
BROOKS, Ben
BUSSMAN, Paul
COLEMAN, Linda
DIAL, Gerald
DUNN, Priscilla
FIELDING. Jerry
FIGURES. Vivian Davis )
GLOVER. Rusty
HOLLEY, Jimmy
HOLTZCLAW, Bill
IRONS, Tammy
KEAHEY. Marc
MARSH, Del
McGILL, Shadrack
ORR, Arthur
PITTMAN, Trip
REED, Greg
ROSS, Quinton T., Jr.
SANDERS, Hank )
SANFORD, Paul
SCOFIELD, Clay
SINGLETON, Bobby
SMITH, Harri Anne
SMITHERMAN, Rodger
TAYLOR, Bryan
WAGGONER, J. T. "Jabo" )
WARD, Cam
WHATLEY, Tom
WILLIAMS. Phil

**Alabama Supreme Court**

Chief Justice – Sue Bell Cobb ,Charles R. Malone,
Associate Justices -Thomas A. Woodall,
Lyn Stuart, Michael F. Bolin,
Tom Parker, Glenn Murdock, )
Greg Shaw, James Allen Main,
Alisa Kelli Wise,
Clerk of Alabama Supreme Court - Robert G. Esdale, Sr.
David Perry –Director of Alabama Department of Finance
Young Boozer – Alabama State Treasurer, )
Kay Ivey – Former Alabama State Treasurer,

**Current State Treasurers of the United States**

AK: Patrick Galvin (R)*
AR: Martha Shoffner (D)
AZ: Doug Ducey (R)
CA: Bill Lockyer (D) )
CO: Walker Stapleton (R)
CT: Denise L. Nappier (D)

DE: Chip Flowers (D)
FL: Jeffrey Atwater (R)*
GA: Tommy Hills (R)
HI: Georgina Kawamura (R)*
IA: Michael Fitzgerald (D)
ID: Ron Crane (R)
IL: Dan Rutherford (R)
IN: Richard Mourdock (R)
KS: Ron Estes (R)
KY: Todd Hollenbach (D)
LA: John Neely Kennedy (R)
MA: Steve Grossman (D)
MD: Nancy K. Kopp (D)
ME: David Lemoine (D)
MI: Andy Dillon (D)
MN: Tom Hanson (R)*
MO: Clint Zweifel (D)
MS: Tate Reeves (R)
MT: Dan Bucks (D)*
NC: Janet Cowell (D)
ND: Kelly Schmidt (R)
NE: Don Stenberg (R)
NH: Catherine Provencher (D)
NJ: Andrew Eristoff (R)
NM: James Lewis (D)
NV: Kate Marshall (D)
NY: Thomas DiNapoli (D)*
OH: Josh Mandel (R)
OK: Ken A. Miller (R)
OR: Ted Wheeler (D)
PA: Robert McCord (D)
RI: Gina M. Raimondo (D)
SC: Curtis M. Loftis, Jr. (R)
SD: Vern Larson (R)
TN: David H. Lillard Jr. (R)
TX: Susan Combs (R)*
UT: Richard Ellis (R)
VA: Manju Ganeriwala (D)
VT: Beth Pearce (D)
WA: James L. McIntire (D)
WI: Kurt Schuller (R)
WV: John Perdue (D)
WY: Joe Meyer (R)

**<u>State Auditors in the United States</u>**

AK: Pat Davidson
AL: Samantha Shaw
AR: Charlie Daniels
AZ: Debra K. Davenport
CA: Elaine Howle
CO: Sally Symanski
CT: Kevin P. Lembo
DE: R. Thomas Wagner, Jr.
FL: William O. Monroe
GA: Russell W. Hinton
HI: Marion M. Higa
IA: David A. Vaudt

ID: Donna M. Jones
IL: William G. Holland
IN: Tim Berry
KS: Les Donovan
KY: Crit Luallen )
LA: Steve J. Theriot
MA: Suzanne M. Bump
MD: Bruce A. Myers
ME: Neria R. Douglass
MI: Thomas H. McTavish
MN: Rebecca Otto
MO: Tom Schweich
MS: Stacey E. Pickering
MT: Monica Lindeen
NC: Beth Wood
ND: Bob Peterson
NE: Mike Foley
NH: Catherine Provencher
NJ: Richard Fair
NM: Hector Balderas )
NV: Paul V. Townsend
NY: Thomas DiNapoli
OH: Dave Yost
OK: Gary Jones
OR: Kate Brown
PA: Jack Wagner
RI: Ernest A. Almonte
SC: Richard A. Eckstrom
SD: Rich Sattgast
TN: John G. Morgan
TX: John M. Keel )
UT: John Schaff
VA: Walter J. Kucharski
VT: Thomas M. Salmon
WA: Brian Sonntag
WI: Janice Mueller
WV: Glen B. Gainer III
WY: Michael Geesey
John C. Dugan – U.S. Comptroller of the Currency )
Samuel I. Newhouse Jr. is the CEO of Advance Publications, Inc..et al., )
James B. Boone, Jr. is the CEO of Boone Newspapers, Inc.. et al.,

**National Association of Broadcaster- Board of Directors** )
NAB - Executive Committee
Paul Karpowicz
President
Meredith Corporation - Local Media Group et al.,

Steven W. Newberry
President and CEO
Commonwealth Broadcasting Corporation et al., )

Gordon H. Smith
President and CEO
National Association of Broadcasters et al.,

Caroline Beasley
Executive Vice President and CFO
Beasley Broadcast Group et al., )

Richard Cummings )
President - Programming
Emmis Communications Corporation et al.,

Don Benson
President & CEO
Lincoln Financial Media et al .,

Marc Morgan
Sr. VP, Chief Revenue Officer
Cox Media Group et al.,

Marci Burdick )
Senior Vice President, Broadcast and Cable
Schurz Communications, Inc. et al.,

Robert W. Hubbard
President & CEO
Hubbard Television Group et al.,-

Michael J. Fiorile
Vice Chairman and CEO
The Dispatch Broadcast Group et al.,
)

Dunia A. Shive
President and CEO
Belo Corp.

Jack Abernethy
CEO
Fox Television Stations Inc. et al.,

**<u>National Association of Broadcasters Radio Board</u>**

Edward G. Atsinger )
CEO
Salem Communications Corp et al.,

John R. Beck
Senior Vice President and Market Manager
Emmis Communications St. Louis et al.,

Eric Brown
General Manager )
KRVN-AM et al.,

Sally J. Brown
President and General Manager
WSBT-TV et al.,

Amador S. Bustos

President
Bustos Media Holdings, LLC et al., )

Bill Coleman
General Manager
KPNC-FM et al.,

Ronald J. Davis
President and General Manager
KBOW-AM/KOPR-FM/KGLM-FM/ )
KANA-AM/Butte Broadcasting et al.,

Lew Dickey
Chairman, CEO and President
Cumulus Media Inc. et al.,

Ben Downs
Vice President and General Manager )
Bryan Broadcasting Corporation et al.,

David J. Field
President and CEO
Entercom Communications Corporation et al.,

Randy D. Gravley
President and CEO )
Tri State Communications Inc et al.,

Mike Grimsley
General Manager/Regional VP
Townsquare Media, Inc et al.,

Bill Hendrich
Vice President/Marketing Manager
Cox Radio Jacksonville et al., )

Julie Koehn
President
Lenawee Broadcasting Company et al.,

Deon Levingston
Vice President/General Manager )
ICBC Broadcast Holdings, Inc. et al.,

Alfred C. Liggins
President/CEO
Radio One Inc. et al.,

Monte Loos
Operations Manager )
Duhamel Broadcasting Enterprises et al.,

Jessica A. Marventano
Senior Vice President, Government Affairs
Clear Channel Communications et al.,

Dan Mason
President/CEO )
CBS Radio et al.,-

William L. McElveen
Regional President
Citadel Broadcasting Corporation et al., )

Dale B. Miller
President and CEO
West Virginia Radio Corp. et al.,

Matthew Mnich
President and CEO
North American Broadcasting Co. Inc. et al.,

Mike Novak
President and CEO
Educational Media Foundation et al., )

Michael Oppenheimer
Market Manager
Clear Channel Radio Memphis et al.,

Joel Oxley
Senior Regional VP and Market Manager
Hubbard Radio Washington Market et al.,

Robert Proffitt
President/COO
Alpha Broadcasting et al., )

Heidi Raphael
VP Corporate Communication
Greater Media Inc et al.,

Daniel Savadove
President and CEO
Main Line Broadcasting LLC et al.,

Joseph Schwartz
President/CEO
Cherry Creek Radio LLC et al., )

Roger Utnehmer
President
Nicolet Broadcasting, Inc. et al.,

Dana Withers
President
Dana Communications Corp et al.,

**National Association of Broadcasting Television Board**

David J. Barrett
President and CEO )
Hearst Television Inc. et al.,

Lynn Beall
Executive Vice President
Gannett Broadcasting et al.,

Scott Blumenthal )
Executive Vice President, Television
LIN Media et al.,

Brian W. Brady
President and CEO
Northwest Broadcasting, Inc. et al., )

Brandon Burgess
Chairman and CEO
ION Media Networks et al.,

Raymond H. Cole )
President and COO
Citadel Communications Co. Ltd. Et al.,

Jim Conschafter )
President, Market Leader
Media General, Inc. et al.,

Christopher H. Cornelius
President and COO
Barrington Broadcasting Co., LLC et al.,

)

Paul Dughi
President
Cowles California Media et al.,

Susan Fox
Vice President, Disney Government Relations )
The Walt Disney Company et al.,

Alan W. Frank
President and CEO
Post-Newsweek Stations, Inc. et al.,

Douglas Franklin
President
Cox Media Group et al., )

Martin Franks
Exec. VP/Planning, Policy & GR
CBS Corporation et al.,

Madelyn Bonnot Griffin
Managing Partner
National Communications, Inc. et al., )

Ted Harbert
Chairman, NBC Broadcast
NBC Universal et al.,

C. Douglas Kranwinkle
Executive Vice President, Law )
Univision Communications Inc. et al.,

Brian Lawlor
Senior Vice President, Television
The E. W. Scripps Company et al., )

Paul H. McTear
President and CEO
Raycom Media, Inc. et al.,

Ralph M. Oakley
President and CEO
Quincy Newspapers, Inc. et al., )

Perry Sook
Chairman, President & CEO
NexStar Broadcasting Group, Inc. et al.,
Regis Francis Xavier Philbin – Regis & Kelly Show
Kelly Maria Ripa - Regis & Kelly Show
Barbara Jill Walters,- Writer –Producer The View )
Steven Edward Schwartz – Anchor Good Day LA

)

**U.S. District Court District of Connecticut**

District Judges ( Hartford ) Magistrate Judges
Alvin W. Thompson, Chief Judge )

Vanessa L. Bryant
Robert N. Chatigny
Alfred V. Covello
Christopher F. Droney )
Dominic J. Squatrito
Holly B. Fitzsimmons ( Bridgeport )
William I. Garfinkel ( Bridgeport )
Joan G. Margolis ( New Haven )
Donna F. Martinez ( Hartford )
Thomas P. Smith ( Hartford ) )

Bankruptcy Judges

Albert S. Dabrowski
Alan H.W. Shiff )
Lorraine Murphy Weil

District Judges ( New Haven )
Janet Bond Arterton
Ellen Bree Burns
Peter C. Dorsey
Charles S. Haight Jr.
Mark R. Kravitz )

District Judges ( Bridgeport )
Warren W. Eginton
Janet C. Hall
Stefan R. Underhill

Robin D. Tabora – )
U.S. District Court District of Connecticut
Clerk of The Court

George L. Beck, Jr. - United States Attorney for )
the Middle District of Alabama ,
Chester Martin Keely - U.S. Marshal Northern District of Alabama,
Mike Hale – Jefferson County Alabama Sheriff' ,
A.C. Roper – Birmingham Chief of Police,

**Alabama State Bar et al.,**

Calvin Poole, III )

Poole & Poole

P. O. Box 308

Greenville, AL 36037-0308

)

Jennifer Leigh Argo

Stubbs, Sills & Frye, P.C.

PO Box 2023

Anniston, AL 36202-2023 )

and Cleburne

)

Roland Lewis Sledge

4002 20th Ave Ste B

Valley, AL 36854-3411

)

Wesley Scott Mobley

9th Judicial Circuit, District Attorneys Office

100 W Main St

Centre, AL 35960-1324

)

Amy Hayes Naylor )

PO Box 470

Clanton, AL 35046-0470

)

John Jefferson Utsey

Utsey & Utsey

P. O. Box 615

Butler, AL 36904-0615

)

Lydia Curtis Dillingham

PO Box 310775

Enterprise, AL 36331-0775

)

Todd Brandon Watson

35th Judicial Circuit, District Attorneys Office )

PO Box 860

Evergreen, AL 36401-0860

John Kelley Johnson )

P. O. Box 434

Rockford, AL 35136-0000

)

Meredith Shay Peters

206 Thames St

Andalusia, AL 36420-4120

)

)

)

Terry Lucas Butts

279 E 1st St )

Luverne, AL 36049-1028

Seth Balfour Thompson

Thompson & Thompson )

111 4th St SE

Cullman, AL 35055-3531

)

Ray Thomas Kemmington

PO Box 275

Ozark, AL 36361-0275

)

Allen Smith Reeves

Reeves & Stewart

P. O. Box 447 )

Selma, AL 36702-0447

Daniel Scott Campbell )

Daniel S. Campbell, PC

202 Alabama Ave SW

Fort Payne, AL 35967-1953

)

Brandon Clark Stone

Stone & Britt, LLC )

PO Box 1609

Millbrook, AL 36054-0034

James Michael Perry )

P. O. Box 484

Brewton, AL 36427-0484

)

Martha Lynn McCain

McCain Law Firm, P.C.

P. O. Box 1099

Gadsden, AL 35902-1099 )

Steven Merrill Nolen )

PO Box 399

Fayette, AL 35555-0399

Fred David Lowery )

PO Box 641

Russellville, AL 35653-0641

Harry Preston Hall, II )

Farmer, Price, Hornsby & Weatherford, LLP

P. O. Drawer 2228

Dothan, AL 36302-0000

)

)

Frank Brian Rice

219 S Market St

Scottsboro, AL 35768-1806

)

Raymond Douglas Burns, Jr.

10th Judicial Circuit, District Attorneys Office

Bessemer Justice Center

1851 2nd Ave N Ste 110

Bessemer, AL 35020-4944 )

Bessemer Bar Association

)

James Smith Lloyd

Lloyd, Gray, Whitehead & Monroe, P.C.

2501 20th Pl S Ste 300

Birmingham, AL 35223-1702

)

Ronald Howard Strawbridge, Sr.

Strawbridge, Strawbridge & Strawbridge, L.L.C.

PO Box 522

Vernon, AL 35592-0522

Jonathan A. Brown, Co-President

Ryan Geoffrey Brake )

Carr Allison

212 S Cedar St

Florence, AL 35630-5542

Katherine Marie Klos

Akridge & Balch, P.C. )

PO Box 3738

Auburn, AL 36831-3738

Mitchell Khaled Shelly

Alexander, Corder, Plunk, & Shelly, P.C.

PO Box 1129

Athens, AL 35612-1129

Brian Paul Strength

PO Box 830810

Tuskegee, AL 36083-0810 )

Robert Carter Lockwood

Wilmer & Lee, P.A.

PO Box 2168

Huntsville, AL 35804-2168

)

Robert Brian Smith

PO Box 219

Livingston, AL 35470-0219

Greene, Sumter & Marengo Counties. )

Charles Harry Green

Green & Howell

328 2nd St SW

Hamilton, AL 35570-9700

)

Lea Linn Mosley

McLaughlin & Edmondson, LLC

321 Blount Ave

Guntersville, AL 35976-1105 )

)

David Hunter Pate

PO Box 126

Carrollton, AL 35447-0126

)

Malcolm Warren McSwean

Cervera, Ralph & Reeves, L.L.C.

PO Box 325

Troy, AL 36081-0325

)

Kesa Marie Johnston

PO Box 550

Roanoke, AL 36274-0550

Jeremy Wayne Armstrong )

Armstrong Justice League, PC

PO Box 3409

Phenix City, AL 36868-3409

)

Philip Franklin Hutcheson

Boardman, Carr, Hutcheson & Bennett, P.C.

400 Boardman Dr.

Chelsea, AL 35043-8211 )

Renay Bertella )

The Robinson Law Firm, P.C.

PO Box 370

Ashville, AL 35953-0370

TALLADEGA )

Stacey Dale Price

119 N Broadway Ave

Sylacauga, AL 35150-2523

Jason Matthew Jackson

Radney, Radney & Jackson, L.L.C. )

PO Box 819

Alexander City , AL 35011-0819

Scott Alan Slatton

Jackson, Mays, McNutt, Cook & Slatton, LLC

PO Box 819 )

Haleyville, AL 35565-0819

**State of Alaska House of Representatives**

Mike Chenault - State of Alaska Assembly House Speaker

Alan Austerman - State of Alaska House Majority Leader )

Beth Kerttula - State of Alaska House Minority Leader

Alan Austerman )

Mike Chenault

Sharon Cissna

Mia Costello )

Alan Dick

Mike Doogan

Bryce Edgmon )

Anna Fairclough

Eric Feige

Neal Foster )

Les Gara )

Berta Gardner

Carl Gatto

Max Gruenberg

David Guttenberg

Mike Hawker

Bob Herron

Lindsey Holmes )

Kyle Johansen

Craig Johnson

Reggie Joule

Scott Kawasaki

Wes Keller

Beth Kerttula )

Bob Lynn

Bob Miller

Charisse Millett

Cathy Muñoz )

Mark Neuman

Kurt Olson

Pete Petersen

Lance Pruitt

Dan Saddler

Paul Seaton )

Bill Stoltze

Bill Thomas, Jr.,

Steve Thompson )

Chris Tuck

Peggy Wilson

Tammie Wilson

Suzi Lowell, Chief Clerk State of Alaska Assembly

**Alaska State Senate**

Gary Stevens – Alaska State Senate President )

Kevin Meyer - Alaska State Senate Majority Leader

Charlie Huggins - Alaska State Senate Minority Leader )

John Coghill

Bettye Davis

Fred Dyson

Dennis Egan

Johnny Ellis

Hollis French )

Cathy Giessel

Lyman Hoffman

Charlie Huggins

Albert Kookesh

Lesil McGuire

Linda Menard

Kevin Meyer

Donald Olson )

Joe Paskvan

Bert Stedman

Gary Stevens

Joe Thomas

Thomas Wagoner

Bill Wielechowski )

Sean Parnell – State of Alaska Governor
Sarah Palin – Former State of Alaska Governor

**Alaska Division of Legislative Audit et al.,**

Pat Davidson- State of Alaska Legislative Auditor,
Carol Savlick - State of Alaska Legislative Auditor – Administrative Assistant II
Linda Day - State of Alaska Legislative Auditor, Manager,
Anchorage Daily Newspaper et al.,
Pat Dougherty -- Senior Vice President & Editor
David Hulen -- State / local news editor
Joy Guest -- Office manager )

**Alaska Supreme Court**

Walter L. Carpeneti - Chief Justice of Alaska Supreme Court
Dana Fabe - Chief Justice of the Alaska Supreme Court
Allen T. Compton - Associate Justice of the Alaska Supreme Court
Craig Stowers - Associate Justice of the Alaska Supreme Court
Morgan Christen - Associate Justice of the Alaska Supreme Court
Daniel E. Winfree - Associate Justice of the Alaska Supreme Court )
Marilyn May -Clerk of the Appellate Courts Alaska

& All Related Defendants )

Defendant's

**Petition for A Writ of Habeas Corpus & Maladministration Proceeding Under "28 U.S.C.A § 2241. Power To Grant Writ**

Honorable Chief Judge of the United States District Court for the District of Alaska Mr. Beistline, I am respectfully requesting a waiver of "Civ.R.23(b)(2)(e) fees associated with this case". I have submitted a Application to Proceed In *"Forma Pauperis"* I am respectfully requesting that the Court grant a Writ of Habeas Corpus under " 28 U.S.C.A § 2241. Power to grant Writ "Citing Prima Facia:" evidence submitted to the court and related cases. I ask the court respectfully to proceed under "28 U.S.C.A § 1407.(a)(b)(c)(i) and § 1496." I am respectfully requesting the court to proceed under "18 U.S.C.A § 401., § 402. Contempts Constituting Crimes" provided in section 3691 of this title. I am respectfully petitioning the court for a Writ of Habeas Corpus proceeding under "18 U.S.C.A §

981.(a)(1)(D)(ii)(iii)(k)(1)(3), § 982.(a)(1), § 983.(a)(II), § 1341., § 1343., § 1344.(1)(2), § 1342.(1)(2), § 1348.(1)(2), § 1349., § 1362.1363.,"}" 18 U.S.C.A § 1006.,1007., § 1031.(a)(1)(2), § 1029.(a)(5), § 1032.(1)(2)(3), § 1691." "18 U.S.C.A § 402.,432,1505.,1516,1519,1521,3285.,1349.& 1362"18 U.S.C.A.§2261A.(1)(2)(A)(B), §2257A.(2)", §1505., §1510., §2231(a)., §2232(b), §2236., §2721.(a)(1)(2), §2518.(1), § 3521, § 3525.(a), § 3553.(a),(2),(C),(D), § 3554., § 3556., § 3559.(c)(l)(ii)(B)(C)(F)(i), § 1691, § 1711., § 1712.,1716.(h)(j)(i)(2), § 1616C., 1717.(a)(b), § 1720., § 1721., § 1726, § 1751.(c)(d)(e)(g)(h)(k), § 1752. (a)(1)(2)(3)(4)(5)(b)(c)(d)(e)[f Redesign ate] to Third Circuit Court of Appeals' due to violations of 18 U.S.C.A § 1836.(a),(b), § 1838. § 1911.., § 1913., § 1917.(1),(2),(3),(4), § 1917.(1),(2),(3),(4). The Defendants are guilty of "18 U.S.C.A. § 1922., § 1923.(1), § 1924.(a), § 2112., § 2113.(a)_ (b),(c),(d),(f),(g),(h)_(1)(2).

Your Honor I am alleging these violation are pursuant to "18 U.S.C.A § 2441.(a)(d)(B)" Cruel and Inhuman treatment towards me to date 12/02/2010, and Violation of "18 U.S.C.A. § 2.(a)(b),§3.,§4.,§ 111.(a)(1)(2)" Section 2255"Crim.R.4.(a)(b)"83 Harv.L.Rev.at 1207-1208. "Crim.R.7.(a)(b)(c)","Crim.R.8.(a),(b),(c),(d)"18 U.S.C. §1512 (b),"Crim.R.12."§35.2 Manual for Complex Litigation, Fourth,,18 U.S.C. §§ 1961–1968 (West 2003,"18,U.S.C. § 1113,Violation of Pub.L.96-456, October 15, 1980,94 Stat.2025 § 7. Interlocutory Appeal Amendment of

Subsection (b) & U.S.C. Title VII of the Civil Rights Act of 1964 The Defendants denied my access to U.S. Federal Courts. The Defendants failed to provide rights to a crime under the crime Victim' RIGHTS ACT OF 2004 ; Procedures to Promote Compliance with Crime Victims' Rights Obligations, 28 C.F.R. § 45.10,"18 U.S.C.A. § 471.,472.,473.,474.(a),475.,476.,477.,480.,482., 483.,484.,491.(a)(b)(c),1348.(1)(2), 1349.Violation of "2 U.S.C..§ 475.(a),(b),(d),(e),(f) Pub Law 96-354, The Analysis of Regulatory Functions Executive Order 12291(1981).

I am requesting subsistence of evidence in cases in the U.S. First Circuit of Appeals (Case No. 10-8040) and that was before the U.S. Court for Veterans Claims Case No.10-2170 The U.S. Court of Appeals For the Sixth Circuit Case No. 10-4558, The U.S. Court of Appeals for the Federal Circuit Case No.1:2010-cv-00460 & The U.S. District Court for the Southern

District of Florida Case No. 1:2011-cv-22833. I am respectfully requesting to admit all evidence and discovery under "Civ.R.104.(b),401., 402. " 28 U.S.C.A § 286., § 288., § 371.,§ 373., §514. § 595. Your Honor I submit these allegations pursuant to "18 U.S.C.A 3103a.(a).

I respectfully ask the court to proceed under "18 U.S.C.A § 2231.(a), § 2232.(b), § 3103a.(a) , Additional grounds for issuing warrant (a) In General,
(18 U.S.C.A § 3237. Offenses begun in one district and completed in Another"MCL § 35.1 691, MCL § 35.2,69235.2 (Fourth) 2526.Persons". "Citing violations to "18 U.S.C. 1962 (a),(b),(c) or (d).Liability under "MCL § 35.2 2527.

I respectfully motion the court to proceed in accordance with "Civ.R. 3292" Suspension of limitations to permit the United States of America to obtain foreign evidence}pursuant to "18 U.S.C.A § 3222. Disclosure in certain matters occurring before a grand jury,Persuant to "28 U.S.C.. §§ 351-364 RCPC 40.3" Citing the U.S. Judicial Conference Governing Complaints of Misconduct, "28 U.S.C. § 2243.Pp.394 U.S. 290, 394 U.S. 298-300." "quoting 141 Cong. Rec.. H2771 (daily ed. Mar 7, 1995,961 F. Supp.". ( 8 Wallace 533, 19 1. Ed 482 (1869)", "& ( 9 Wheaton 1: (1824) "
Thank you.

Date: August 19, 2011

U.S. Supreme Court Digital

Signature of Attorney of Record

Azael Dythian Perales

(Printed Name)

Post Office Box 501 (Homeless)
Fullerton, CA 92836 (714) 404-2434 / Telephone