IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AZAEL DYTHIAN PERALES,

                 Plaintiff,

     vs.

BARACK H. OBAMA,
President of the United States, et al.,

               Defendants.

Case No. 3:11-cv-00182-JWS

**JUDGMENT
IN A CIVIL CASE**

    **___**    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **X**    **DECISION BY COURT**.  This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action has been DISMISSED with prejudice.

APPROVED:

/s/ JOHN W. SEDWICK
     United States District Judge

    September 21, 2011
        Date

            MARVEL HANSBRAUGH
            Clerk of Court