IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AZAEL DYTHIAN PERALES,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>BARACK H. OBAMA,<br>President of the United States, et al.,<br><br>　　　　　　Defendants. | Case No. 3:11-cv-00182-JWS<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

___　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_　**DECISION BY COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action has been DISMISSED with prejudice.

APPROVED:

/s/ JOHN W. SEDWICK
　　United States District Judge

| September 21, 2011 | MARVEL HANSBRAUGH |
|---|---|
| Date | Clerk of Court |